# EXHIBIT 3

# U.S. Patent No. 6,868,682 – Infringement Claim Chart

The Vertiv Supplied Products include: Liebert cooling units (including direct expansion cooling units (including DSE, DS, PDX) and chilled water cooling units (CW, PCW)), Liebert economizers (including EconoPhase), wired and wireless sensors (e.g., temperature), and control systems (Liebert® iCOM™), as well as any other reasonably similar Vertiv Products.

These Vertiv Supplied Products, when used by Vertiv's customers to cool a data center, infringed at least claim 1 of the '682 patent, as demonstrated in the exemplary claim chart below. The products may also be referred to collectively as the '682 Patent Accused Vertiv Products.

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td>[1pre] A method of controlling the temperature in a data center comprising:</td><td>

Vertiv's customers' computer rooms/data centers used a method of controlling the temperature in a data center.

Vertiv supplied the '682 Patent Accused Vertiv Products to its customers. Vertiv's customers used the '682 Patent Accused Vertiv Products to control the temperature in a data center.

A data center air conditioning system must always be viewed holistically. Paired with cutting-edge room cooling solutions, the holistic approach enables us to support a vast range of applications, from small computer rooms to enterprise data centers. Our experts work with the latest cooling technology and ensure the thermal system's components are integrated, monitored and optimized. Discover our Liebert room cooling systems, ranging from direct expansion and water-cooled solutions, to dry cooling and microchannel condenser units and contacts us about design, integration, installation, and service.

https://www.vertiv.com/en-us/products-catalog/thermal-management/room-cooling/#/




https://www.vertiv.com/en-us/products-catalog/thermal-management/room-cooling/liebert-dse-free-cooling-system-50-165kw/

</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

https://www.vertiv.com/en-us/products-catalog/thermal-management/room-cooling/liebert-ds-direct-expansion-cooling-system/;


https://www.vertiv.com/en-us/products-catalog/thermal-management/high-density-solutions/liebert-xdm-split-indoor-chiller/</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>https://www.vertiv.com/en-us/products-catalog/thermal-management/room-cooling/liebert-pdx-compact-dx-cooling-system-11-29kw/<br><br>https://www.vertiv.com/en-ca/products-catalog/thermal-management/room-cooling/liebert-cw-chilled-water-cooling-system-26-440kw/ |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>[https://www.vertiv.com/en-ca/products-catalog/thermal-management/room-cooling/liebert-pcw-compact-chilled-water-cooling-system.-11-29kw/](https://www.vertiv.com/en-ca/products-catalog/thermal-management/room-cooling/liebert-pcw-compact-chilled-water-cooling-system.-11-29kw/)<br><br>Vertiv also supplied the Liebert® iCOM™ control system to its customers. Vertiv's customers used the Liebert® iCOM™ control system to control the Vertiv Liebert cooling systems.<br><br><br> |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

*See, e.g.*, https://www.vertiv.com/en-us/products-catalog/thermal-management/thermal-control-and-monitoring/liebert-icom-cooling-unit-control/; https://www.vertiv.com/en-us/products-catalog/thermal-management/thermal-control-and-monitoring/liebert-icom-s/; https://www.vertiv.com/en-us/products-catalog/thermal-management/thermal-control-and-monitoring/liebert-vnsa-network-switch-for-liebert-icom-controls/




*See, e.g.*, https://www.vertiv.com/49afb0/globalassets/products/thermal-management/thermal-control-and-monitoring/liebert-icom-s/vertiv-liebert-icom-s-brochure-sl-18876.pdf

Vertiv's customers used the Liebert® iCOM™ control system to optimize a single Vertiv Liebert cooling unit. Vertiv's customers also used the Liebert® iCOM™ control system to integrate multiple cooling units into an intelligent system that worked together for cooling efficiency.

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>LIEBERT® iCOM™ THERMAL SYSTEM CONTROLS<br>All for One, One for All<br>**Optimize a Single Cooling Unit With an Intelligent Control and Good Things Happen.**<br>Integrate multiple cooling units into an intelligent system, all working toward one goal, and even better things happen. **Such as a 50% reduction in energy consumption.**<br>**And when they're controllable from one pane of glass?** Data center managers get the comprehensive thermal management tools they need to meet the high expectations being placed on their environments.<br>**Introducing the New Era of Environmental Control**<br>**The all-new Liebert® iCOM™ thermal controls** offer thermal management optimization at both the unit and system levels, with easy-to-use, touch screen interfaces that give data center managers the insight needed to maximize performance.<br><br>*See, e.g.*, https://www.vertiv.com/4a1e54/globalassets/shared/liebert-icom-thermal-system-controls-brochure.pdf, at 2. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **At the cooling unit level,** the Liebert iCOM unit control provides the highest protection available and optimal performance.<br>• Monitors 380 unit and component points to eliminate single points of failure<br>• Self-healing features avoid passing unsafe operating thresholds<br>• Highly intuitive, full-color, touch screen simplifies operations to save time and reduce human error<br>• Multiple, automated unit protection routines, including lead/lag, cascade, rapid restart, refrigerant protection and valve calibration<br><br>**At the supervisory level,** the Liebert iCOM-S system control offers a revolutionary way to harmonize and optimize thermal system performance to optimize capacity across the data center, gain quick access to actionable data, and automate system diagnostics and trending.<br>• Advanced monitoring and at-a-glance reporting on performance metrics and trends for efficiency, capacity and adverse events<br>• Up to 50% system efficiency gains<br>• 30% lower deployment costs<br>• Teamwork modes that prevent conflict between units and allow them to adapt to changes in facility and IT demand to improve efficiency and availability and reduce system wear and tear – saving more than $10,000 per unit per year in energy costs<br>• Simple and easy to deploy — auto-configuration to detect and configure up to 4,800 sensors, eliminating the need for custom integration to building management systems and cutting sensor deployment times in half<br><br>Liebert iCOM unit control and Liebert iCOM-S system control are available for new Vertiv™ data center cooling units or as retrofits.<br><br>*See, e.g.*, https://www.vertiv.com/4a1e54/globalassets/shared/liebert-icom-thermal-system-controls-brochure.pdf, at 3; *see also, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 99-111. |

| Claim Language | Exemplary Evidence |
|---|---|
| [1a] receiving sensory data corresponding to a temperature from a subsystem in a data center; | Vertiv's customers received sensory data corresponding to a temperature from a subsystem in a data center.<br><br>Vertiv supplied the '682 Patent Accused Vertiv Products to its customers. The '682 Patent Accused Vertiv Products were configured to receive sensory data corresponding to a temperature from a subsystem in a data center. Vertiv's customers, by putting the '682 Patent Accused Vertiv Products into operation, received sensory data corresponding to a temperature from a subsystem in a data center.<br><br>For example, Vertiv's customers received temperature data from supply and/or remote temperature sensors, and in some configurations return temperature sensors when paired with supply and/or remote sensors for compensation.<br><br>**3.3 Vertiv™ Liebert® iCOM™ Control Methods and Options**<br>The Liebert® iCOM™ shall be factory-set to allow precise monitoring and control of the condition of the air entering and leaving the unit. This control shall include predictive methods to control air flow and cooling capacity-based control sensors installed. Proportional and Tunable PID shall also be user-selectable options.<br>**3.3.1 Controlling Sensor Options**<br>The Liebert® iCOM™ shall be flexible in the sense that it shall allow for controlling the capacity and fan from multiple different sensor selections. The sensor selections shall be:<br>**Cooling Capacity**<br>• Supply<br>• Remote<br>• Return<br><br>*See, e.g.*, https://www.vertiv.com/4922fe/globalassets/products/thermal-management/room-cooling/liebert-dse-80-165kw-23-43-tons-downflow-system-design-manual.pdf (DSE System Design Catalog), at App. E, p. 8, 9; https://www.vertiv.com/48eedd/globalassets/products/thermal-management/room-cooling/liebert-dse-250-265-kw-installer-user-guide.pdf (DSE System Design and User Guide), App. D, p. 7, 8; https://www.vertiv.com/4999c4/globalassets/products/thermal-management/room-cooling/liebert-ds-28-105kw-8-30-tons-system-design-manual_01.pdf (DS System |

| Claim Language | Exemplary Evidence |
|---|---|
| | Design Catalog), at App. D, p. 12; https://www.vertiv.com/4a4bca/globalassets/products/thermal-management/room-cooling/liebert-pdx--liebert-pcw-system-design-manual_00.pdf (PDX/PCW System Design Catalog), at App. D, p. 17; https://www.vertiv.com/48fb3f/globalassets/products/thermal-management/room-cooling/liebert-cw-system-design-manual_00.pdf (CW System Design Catalog), at App. E, p. 8<br><br>**4.9 Wired Remote Sensors**<br>Each Liebert® iCOM™ can have up to 10 (ten) 2T sensors (20 sensor readings total) for control or reference. As part of the U2U network, those sensors shall be shared and used to control the cooling units and provide greater flexibility, visibility, and control to respond to changes in the conditioned space. When the sensors are used for control, the user may set the control to be based off a maximum or average of a selected highest temperature reading.<br><br>*See, e.g.*, https://www.vertiv.com/4922fe/globalassets/products/thermal-management/room-cooling/liebert-dse-80-165kw-23-43-tons-downflow-system-design-manual.pdf (DSE System Design Catalog), at App. E, p. 15; https://www.vertiv.com/48eedd/globalassets/products/thermal-management/room-cooling/liebert-dse-250-265-kw-installer-user-guide.pdf (DSE System Design and User Guide), at App. D, p. 14; https://www.vertiv.com/4999c4/globalassets/products/thermal-management/room-cooling/liebert-ds-28-105kw-8-30-tons-system-design-manual_01.pdf (DS System Design Catalog), at App. D, p. 16; https://www.vertiv.com/48fb3f/globalassets/products/thermal-management/room-cooling/liebert-cw-system-design-manual_00.pdf (CW System Design Catalog), at App. E, p. 11.<br><br>**Temperature Control Sensor**<br>Selects sensor that controls cooling. Values are:<br>• Supply Sensor: Temperature control is based on maintaining the temperature of the discharge air from the cooling unit. See Supply Sensors on page 164 .<br>• Remote Sensor: Temperature control is based on the temperature reading(s) from wired remote/rack sensor(s). See Wired Remote Sensors on page 161 .<br>• Return Sensor: Temperature control is based on maintaining the temperature of the room air.<br>• Customer input setpoint (remote alarm device) |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>
See, e.g., https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 16, 25; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 14, 22.

9.4 Wired Remote Sensors

Wired, remote, rack sensors can function as control sensors and subsequently, provide input individually at the unit level or at the system level for temperature control and teamwork functions.

For wired remote sensors, either 2T sensors or T/H sensors may be utilized. The Vertiv™ Liebert® iCOM™ controller shall populate the user interface with the applicable data according to the sensor style utilized. For 2T sensors configured for Individual Sensor mode, the higher temperature reading or the average temperature reading of the two probes can be used. In Unit Sensors mode, some or all of the rack sensor's temperature readings are considered for higher (maximum) or average calculation. For example, setting three sensors as control and average for unit mode, averages the three highest temperature readings.

At the system level, using a U2U network, the same maximum or average calculations can be based on readings from all of the sensors in all of the units in group (including those in standby) using Teamwork. See Teamwork Modes on page 103 .

<ol>
<li>Touch [SERVICE], then [menu] > Auxiliary Device Setup > Sensors > Wired Remote Sensors > Setup. The set-up SENSOR PROPERTIES panel opens.</li>
<li>Adjust the settings for the cooling units sensor array, and touch Save.<br>Wired Remote Sensor Setup Options on the next page , describes the setting options.</li>
<li>Touch a specific sensor. The SENSOR PROPERTIES for that sensor open.</li>
</ol>

See, e.g., https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 161; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 75-76.

13.3 Installing Wired Remote Sensors

Up to 10 remote sensor modules, installed in the monitored racks and connected to the cooling unit, provide control and reference input to Vertiv™ Liebert® iCOM and building-management systems. Using remote, rack sensors combats cooling problems related to recirculation air, uneven rack loading, and air distribution.
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | Figure 13.3 2T Sensor for Remote Temperature Monitoring<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 189; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 106.<br>LIEBERT® iCOM™ THERMAL SYSTEM CONTROLS VERTIV.<br>**System Control: Greater Protection and Insight**<br>Liebert® iCOM™-S system controls allow data centers to more easily reach and maintain the optimal balance point of matched cooling capacity and IT load. They accomplish this by monitoring the data center environment through wired or wireless sensors and controlling the operation of multiple cooling units through machine-to-machine communications. Failsafe routines automatically activate to protect against adverse events.<br>*See, e.g.*, https://www.vertiv.com/4a1e54/globalassets/shared/liebert-icom-thermal-system-controls-brochure.pdf, at 7. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **13.3.3 Installing Remote Sensors in the Remote Space to Monitor**<br><br>Tools required:<br>• Medium, flat head screw driver to open electric panel dead front<br>• Cutting tool to trim cable ties<br><br>The cooling units and rack sensors in **Figure 13.8** below are symbol coded to show how interlacing sensors from different cooling units provides redundancy and effective operation by sharing sensor data from the cooling units in Teamwork mode.<br><br>**Figure 13.8 Interlacing Sensor Placement**<br><br><br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 194. |

| Claim Language | Exemplary Evidence |
|---|---|
| | |

VERTIV.

**LIEBERT® iCOM™-S**

**COMPONENT LOCATION**
**WIRELESS SENSOR**




| Application | Recommendation |
|---|---|
| Non-contained aisle control applications | Minimum of two sensors per controlled standard rack face |
| | Each 3rd rack has sensors |
| Contained asile control applications | Minimum of two sensors per controlled standard rack face |
| | Each fourth rack has sensors |
| End racks on rows | Has sensors to detect wrap-around air flow |
| | Racks in between should use guidelines above |
| Standard rack face | Typical locations are 6" (152mm) to 12" (305mm) from top of rack (depending on the location of rack equipment) |
| | Halfway (typically 36" (914mm)) |
| Additional sensors can be used as needed for more granular control or monitoring | |

NOTE:
1. Rack Sensor provided by VERTIV
   Sensor Provided by VERTIV and is installed by other
2. Install temperature sensors on the perforated portion of the rack door using the supplied sensor mounting kit.
3. Mounting method for sensors: Factory provided sensor mounting kit supports magnet, zip ties, and wall screws.

*See, e.g.*, https://www.vertiv.com/4a1e35/globalassets/products/thermal-management/thermal-control-and-monitoring/liebert-icom-s-user-manual.pdf, at pdf p. 155.

| Claim Language | Exemplary Evidence |
|---|---|
| | The Liebert® iCOM™ control system was configured to use the temperature sensor data to control the cooling units' fan speed, cooling capacity, and valves. |

**Fan Control Options**

**Airflow Calibration**

Maximum allowed fan output voltage.

**Fan Control Sensor**

Selects the sensor that controls automatic fan speed, see Automatic Fan Speed Control on page 47 ,
– or –
Selects manual control, see Manual Fan Speed Control on the facing page . Options are:

- Supply: Air flow/fan speed is adjusted based on reading from the supply air temperature sensor.
- Remote: Air flow/fan speed is adjusted based on reading from a wired, remote temperature sensor.
- Return: Air flow/fan speed is adjusted based on reading from the wired, return air temperature sensor.
- Manual: Air flow/fan speed is adjusted using a building-management system.

*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 44;

**3.1.12 Automatic Fan Speed Control**

Temperature sensors can control fan speed using one of three modes based on the type of sensor selected as the fan-control sensor: supply, return, or remote, see **Table 3.2** below . Control is based on the selected sensor for both fan control and temperature control and their setpoints as follows:

- Coupled: The fan control and temperature control sensor selection is the same. When coupled, fan speed and cooling capacity share the same temperature setpoint.
- Decoupled: The fan control and temperature control sensor selection is different. When decoupled, fan speed control and temperature control have separate setpoints and tunable PI loops.

**Table 3.2 Fan Speed Controlling Sensor Options**

| | | Temperature Control Sensor Selected | | |
|---|---|---|---|---|
| | | Supply Sensor | Remote Sensor | Return Sensor |
| Fan Control Sensor Selected | **Supply Sensor** | Coupled | Decoupled | Decoupled |
| | **Remote Sensor** | Decoupled (Recommended) | Coupled | N/A |
| | **Return Sensor** | Decoupled | N/A | Coupled |

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 47.<br><br>*See also, e.g.*, *See, e.g.*, https://www.vertiv.com/4922fe/globalassets/products/thermal-management/room-cooling/liebert-dse-80-165kw-23-43-tons-downflow-system-design-manual.pdf (DSE System Design Catalog), at 8-9; https://www.vertiv.com/4999c4/globalassets/products/thermal-management/room-cooling/liebert-ds-28-105kw-8-30-tons-system-design-manual_01.pdf (DS System Design Catalog), at 12-13; https://www.vertiv.com/4a4bca/globalassets/products/thermal-management/room-cooling/liebert-pdx--liebert-pcw-system-design-manual_00.pdf (PDX System Design Catalog), at 17-18.<br><br>**Temperature Control Sensor**<br><br>Selects sensor that controls cooling. Values are:<br>• Supply Sensor: Temperature control is based on maintaining the temperature of the discharge air from the cooling unit. See Supply Sensors on page 164 .<br>• Remote Sensor: Temperature control is based on the temperature reading(s) from wired remote/rack sensor(s). See Wired Remote Sensors on page 161 .<br>• Return Sensor: Temperature control is based on maintaining the temperature of the room air.<br>• Customer input setpoint (remote alarm device)<br><br>With regards to Temperature Control and Fanspeed Control, Liebert® iCOM™ controller shall support the following sensor configurations:<br>• Mode A: Cooling = Supply Sensor, Fanspeed = Supply Sensor<br>• Mode B: Cooling = Remote Sensor, Fanspeed = Remote Sensor<br>• Mode C: Cooling = Return Sensor, Fanspeed = Return Sensor<br>• Mode D: Cooling = Supply Sensor, Fanspeed = Remote Sensor<br>• Mode E: Cooling = Supply Sensor, Fanspeed = Return Sensor |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**Temperature Control Type**

Control when staging cooling and heating operations. Values are:

- Proportional: Percent of cooling/heating determined by the difference between the air temperature sensor reading and the temperature setpoint.
- P: Percent of cooling/heating calculated using the temperature proportional band and temperature-integration time settings. See Considerations when Using PI Temperature Control on page 28 .
- Adaptive PID: Auto-tuning PID control loop, can be set for cooling. Only available on Liebert® chilled water systems.
- Intelligent: Percent of cooling/heating determined by programmed logic that simulates manual human control.

**Temperature Deadband**

Widens the setpoint to prevent small temperature changes from cycling compressors and valves maximizing component life. When temperature is within the deadband, no change of the control output (heating/cooling) occurs.

**Temperature Integration Time**

Adjusts amount of cooling/heating based on the length of time the temperature has deviated from the setpoint. The time selected is the amount of time it will take cooling capacity to reach 100%. For example, if three minutes is selected, cooling capacity will increase to 100% in three minutes.

**NOTE: Three to five minutes of integration time is adequate for most applications. See Considerations when Using PI Temperature Control on page 28 .**

**NOTE: Only used when Temperature Control Type is PI.**

**Temperature Proportional Band**

Adjusts the activation point of cooling/heating components based on deviation from setpoint by placing half of the selected value on each side of the temperature control setpoint. A smaller number causes faster reaction to temperature changes.

**NOTE: Setting this too low causes short cycling of compressors.**

**Temperature Setpoint**

Temperature that the unit maintains via cooling/reheat.

*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 25-26; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 22-23.

</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**3.1.3 Temperature Control—Temperature Setpoints and Cooling Operation**

Temperature control refers to the cooling unit's response to programmed setpoints and sensed room/load conditions. Temperature control is closely-tied to the primary cooling source. Liebert® Thermal management units employ several types of primary cooling sources:

**Compressor Operation**

Vertiv™ Liebert® iCOM™ controls the cooling units based on a calculated need for cooling (and heating, if included on your system). The requirement is expressed as a percentage and is calculated using the selected temperature control type.

Figure 3.1 Temperature Control without a Deadband




Figure 3.2 Temperature Control with a Deadband




</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 27-28; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 23-25.<br><br>**3.1.4 Compressor Control by Cooling Requirement**<br><br>Compressor control is directly linked to temperature control in that the cooling requirement determined by the temperature proportional band determines compressor operation. Depending on the type of cooling unit, the number and type of compressors varies. The following describes compressor operation along the proportional band for the varying compressor options.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 29; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 26.<br><br>**3.3 Vertiv™ Liebert® iCOM™ Control Methods and Options**<br><br>The Liebert® iCOM™ shall be factory-set to allow precise monitoring and control of the condition of the air entering and leaving the unit. This control shall include predictive methods to control air flow and cooling capacity-based control sensors installed. Proportional and Tunable PID shall also be user-selectable options.<br><br>**3.3.1 Controlling Sensor Options**<br><br>The Liebert® iCOM™ shall be flexible in the sense that it shall allow for controlling the capacity and fan from multiple different sensor selections. The sensor selections shall be:<br><br>**Cooling Capacity**<br>• Supply<br>• Remote<br>• Return<br><br>**3.3.2 Temperature Compensation**<br><br>The Vertiv™ Liebert® iCOM™ shall be able to adjust the capacity output based on supply and return temperature conditions to meet SLA guidelines while operating at highest efficiency.<br><br>*See, e.g.*, https://www.vertiv.com/4922fe/globalassets/products/thermal-management/room-cooling/liebert-dse-80-165kw-23-43-tons-downflow-system-design- |

| Claim Language | Exemplary Evidence |
|---|---|
| | manual.pdf (DSE System Design Catalog), at App. E, p. 8, 9; https://www.vertiv.com/48eedd/globalassets/products/thermal-management/room-cooling/liebert-dse-250-265-kw-installer-user-guide.pdf (DSE System Design and User Guide), App. D, p. 7, 8; https://www.vertiv.com/4999c4/globalassets/products/thermal-management/room-cooling/liebert-ds-28-105kw-8-30-tons-system-design-manual_01.pdf (DS System Design Catalog), at App. D, p. 12; https://www.vertiv.com/4a4bca/globalassets/products/thermal-management/room-cooling/liebert-pdx--liebert-pcw-system-design-manual_00.pdf (PDX/PCW System Design Catalog), at App. D, p. 17; https://www.vertiv.com/48fb3f/globalassets/products/thermal-management/room-cooling/liebert-cw-system-design-manual_00.pdf (CW System Design Catalog), at App. E, p. 8.<br><br><br>*See, e.g.*, https://www.vertiv.com/4a1e54/globalassets/shared/liebert-icom-thermal-system-controls-brochure.pdf, at 9. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Economical Chilled Water Systems**<br><br>By taking advantage of your existing central air conditioning chiller, the Liebert® CW™ provides economical, durable cooling and humidity control around the clock, throughout the year.<br><br>The Liebert CW chilled water system offers rugged, yet affordable cooling and humidity control where a central water chiller is available as a year-round cooling source. In these applications, a single chiller can be used for multiple air conditioning units, providing savings on additional heat rejection components.<br><br>The full line of Liebert chilled water systems use Liebert iCOM microprocessor-based controls to maintain precise temperature and humidity levels, while the cooling hardware is designed and built for continuous, trouble-free operation.<br><br>**More Cooling Capacities**<br><br>Available in ten cooling capacities, with either upflow or downflow configurations.<br><br>**Chilled Water Control Valve**<br><br>The chilled water valve provides proportional control action in response to room temperature and humidity as sensed by the microprocessor control. It includes operating linkage and electronic motor. Unlike other systems of this nature it requires no over-travel linkage or end switches to be adjusted. The control uses "intelligent logic" to eliminate valve hunting, thus greatly increasing the life of the valve. The valve can be a 3-way or 2-way to meet the appropriate requirements of the installed system.<br><br>*See, e.g.*, https://www.vertiv.com/491e3f/globalassets/products/thermal-management/room-cooling/liebert-cw-brochure.pdf, at 4. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **2.10 Compressors**<br>**2.10.1 Digital Scroll Compressors—DA050, DA080, DA085**<br>The compressors shall be scroll-type with a variable capacity operation capability. Compressor solenoid valve shall unload the compressor and allow for variable capacity operation. The compressor shall have vibration isolators, thermal overloads, automatic reset high-pressure switch with lockout after three failures, rotalock service valves, suction line strainer and a maximum operating speed of 3500 rpm. The compressor motor shall be suction gas cooled.<br>**2.10.2 Tandem Digital Scroll Compressors—DA125, DA150 and DA165**<br>The compressors shall be tandem, scroll-type with a variable capacity operation capability of one compressor of the pair. Compressor solenoid valve shall unload the compressor and allow for variable capacity operation. The compressor shall have vibration isolators, thermal overloads, automatic reset high-pressure switch with lockout after three failures, rotalock service valves, suction line strainer and a maximum operating speed of 3500 rpm. The compressor motor shall be suction gas cooled.<br><br>*See, e.g.*, https://www.vertiv.com/4922fe/globalassets/products/thermal-management/room-cooling/liebert-dse-80-165kw-23-43-tons-downflow-system-design-manual.pdf (DSE System Design Catalog), at App. E, p. 4; https://www.vertiv.com/48eedd/globalassets/products/thermal-management/room-cooling/liebert-dse-250-265-kw-installer-user-guide.pdf (DSE System Design and User Guide), at App. D, p. 3; https://www.vertiv.com/4999c4/globalassets/products/thermal-management/room-cooling/liebert-ds-28-105kw-8-30-tons-system-design-manual_01.pdf (DS System Design Catalog), at App. D, p. 5; https://www.vertiv.com/4a4bca/globalassets/products/thermal-management/room-cooling/liebert-pdx--liebert-pcw-system-design-manual_00.pdf (PDX/PCW System Design Catalog), at App. 2, p. 2.<br><br>**2.6 Chilled Water Control Valve**<br>The water circuit shall include a 2-way (3-way) modulating valve. The valve shall be designed for up to 400 PSI (2758 kPa) water pressure. The Vertiv™ Liebert® iCOM™ shall position the valve in response to room conditions.<br><br>*See, e.g.*, https://www.vertiv.com/48fb3f/globalassets/products/thermal-management/room-cooling/liebert-cw-system-design-manual_00.pdf (CW System Design Catalog), at App. E, p. 4. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **4.4 Dual Chilled Water Valve Staging—Optional**<br>• The control shall provide special staging options on dual chilled water valve applications. The chilled-water valves may be staged in parallel, cascade or alternate lead operation.<br>• Parallel control shall allow both chilled-water valves to operate at the same time, following the same open/close command as the room conditions deviate from the setpoint.<br>• Cascade control shall allow the valves to operate in stages. Only 1 circuit shall be operated to maintain the conditioned space temperature. If the room condition is not held with 1 circuit in operation, the control will automatically stage a second valve on to maintain room conditions. An automatic timer may be used to alternate the lead valve to keep equal component run time.<br>• Alternate operation shall allow 1 circuit to work as lead and the second circuit to act as backup. The lead valve will rotate based on valve run time, or the user can alternate the lead valve using a customer input connection.<br><br>*See, e.g.*, https://www.vertiv.com/48fb3f/globalassets/products/thermal-management/room-cooling/liebert-cw-system-design-manual_00.pdf (CW System Design Catalog), at App. E, p. 11.<br><br>**2.1.2 Dual Cool: Chilled Water + Air Cooled Refrigeration (Models 011, 018, 023, and 029)**<br>**1. System Description**<br>Two independent circuits shall be included. The dual-cooling source system shall consist of an air cooled system with the addition of a free-cooling chilled water coil or free-cooling chilled glycol coil (Vertiv™ Liebert® Econ-o-Coil), a modulating control valve, and a comparative temperature sensor. The system shall be able to function as a modulating chilled water system, as a compressorized system or as a combination of both. The primary cooling mode shall be chilled water. The secondary refrigeration circuit shall include a liquid-line filter drier, a refrigerant sight glass with moisture indicator, an expansion valve, pressure safety switch and a liquid line solenoid valve. The indoor evaporator refrigerant piping shall be filled with a nitrogen holding charge and spun shut. Field relief of the Schrader valve shall indicate a leak-free system. Switchover between the two cooling modes shall be performed automatically by the microprocessor control.<br><br>*See, e.g.*, https://www.vertiv.com/4a4bca/globalassets/products/thermal-management/room-cooling/liebert-pdx--liebert-pcw-system-design-manual_00.pdf (PDX/PCW System Design Catalog), at App. D, p. 3. |

| Claim Language | Exemplary Evidence |
|---|---|
| | 6. **Dual-Cool: Free-Cooling Control Valve**<br>• Three-Way Motorized Ball Valve<br>The water circuit shall include a pre-piped three-way motorized ball valve. The Vertiv™ Liebert® iCOM™ control shall manage the non-spring return valve actuator movement to maintain the desired room conditions for various entering water temperatures. Cooling capacity will be controlled by bypassing chilled water around the coil.<br>• Two-Way Motorized Ball Valve—Optional<br>The water circuit shall include a pre-piped two-way motorized ball valve. The Liebert® iCOM™ shall manage the non-spring return valve actuator movement to maintain the desired room conditions for various entering water temperatures. The motorized ball valve travel for dehumidification shall be proportional.<br><br>*See, e.g.*, https://www.vertiv.com/4a4bca/globalassets/products/thermal-management/room-cooling/liebert-pdx--liebert-pcw-system-design-manual_00.pdf (PDX/PCW System Design Catalog), at App. D, p. 4.<br><br>**2.1.4 Dual Cooling Source System: Water/Glycol Cooled + Vertiv™ Liebert® Econ-o-Coil (Models 011, 018, 023, and 029)**<br>1. **System Description**<br>• Two independent circuits shall be included. The dual-cooling source system shall consist of a water/glycol cooled system with the addition of a free-cooling chilled water coil or free-cooling chilled glycol coil (Liebert® Econ-o-Coil), a modulating control valve, and a comparative temperature sensor. The system shall be able to function either as a modulating chilled water system or as a compressorized system, or as a combination of the two. The primary cooling mode shall be chilled water. The secondary refrigeration circuit shall include a compressor, liquid line filter drier, a refrigerant sight glass with moisture indicator, an expansion valve, a brazed-plate condenser, pressure safety switches, and a factory refrigerant charge.<br><br>*See, e.g.*, https://www.vertiv.com/4a4bca/globalassets/products/thermal-management/room-cooling/liebert-pdx--liebert-pcw-system-design-manual_00.pdf (PDX/PCW System Design Catalog), at App. D, p. 6. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | 8. **Dual-Cool: Econ-o-Coil Control Valve**<br>• Three-Way Motorized Ball Valve<br>The water circuit shall include a pre-piped three-way motorized ball valve. The Liebert® iCOM™ shall manage the non-spring return valve actuator movement to maintain the desired room conditions for various entering water temperatures. Cooling capacity shall be controlled by bypassing chilled water around the coil.<br>• Two-Way Motorized Ball Valve—Optional<br>The water circuit shall include a pre-piped two-way motorized ball valve. The Liebert® iCOM™ shall manage the non-spring return valve actuator movement to maintain the desired room conditions for various entering water temperatures. The motorized ball valve travel for dehumidification shall be proportional.<br><br>*See, e.g.*, https://www.vertiv.com/4a4bca/globalassets/products/thermal-management/room-cooling/liebert-pdx--liebert-pcw-system-design-manual_00.pdf (PDX/PCW System Design Catalog), at App. D, p. 8. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **2.1.6 Chilled Water System (Models 011, 017, and 029)**<br>1. **System Description**<br>The system shall function as a modulating chilled-water system consisting of a modulating chilled-water valve and a coil designed to distribute water into the entire coil-face area.<br>2. **Hydrophilic-Coated Evaporator Coil**<br>The chilled-water tilted-slab cooling coil shall be constructed of copper tubes and hydrophilic-coated aluminum fins. The hydrophilic coating shall significantly improve the speed of condensate drainage from the fins and shall provide superior water carryover resistance. One stainless steel condensate drain pan shall be provided. The water circuit shall be filled with a nitrogen holding charge and spun shut. Field relief of the Schrader valve shall indicate a leak-free system.<br>3. **Control Valve**<br>• Three-Way Motorized Ball Valve<br>A pre-piped three-way motorized ball valve controls the chilled water flow passing through the cooling coil. The Vertiv™ Liebert® iCOM™ control shall manage the non-spring return valve actuator movement to maintain the desired room conditions for various entering water temperatures. Cooling capacity shall be regulated by varying the chilled water flow.<br>• Two-Way Motorized Ball Valve - Optional<br>A two-way pre-piped way motorized ball valve shall control the chilled water flow through the cooling coil. The Liebert® iCOM™ control shall manage non-spring return the valve actuator movement to maintain the desired room conditions for various entering water temperatures. Cooling capacity shall be regulated by varying the chilled water flow. The maximum differential pressure across the closed valve shall be 200 PSI (1379kPa).<br><br>*See, e.g.*, https://www.vertiv.com/4a4bca/globalassets/products/thermal-management/room-cooling/liebert-pdx--liebert-pcw-system-design-manual_00.pdf (PDX/PCW System Design Catalog), at App. D, p. 11.<br><br>The temperature sensor data was also used to control the operation of an Economizer. |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**7.1.4 Temperature Control with a Fluid Economizer**

When an economizer is installed, the cooling requirement (determined by the temperature proportional band) is addressed first by the economizer's secondary cooling, if the economizer cooling capacity is insufficient, the compressor(s) begin cooling to bring the room air temperature down to the temperature setpoint.

The fluid economizer employs a motorized ball valve that controls the flow of chilled water/glycol to provide a cooling capacity from 0% to 100%.

**Simultaneous Operation, Partial Economizer Operation, and Staging Cooling Sources**

When simultaneous operation of the compressor(s) and secondary cooling is enabled, the portion of the proportional band assigned to the fluid capacity valve may be reduced by the comparator circuit based on the DT settings. When this occurs, the compressor control proportional band moves closer to the setpoint, and compressorized cooling begins before secondary cooling reaches 100% (as shown in the example Secondary Cooling Temperature Control with Two Step Compressor on the facing page ) or shuts off.

*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 116; *see also, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 74-81.




</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, https://www.vertiv.com/48ee63/globalassets/shared/liebert-dse-with-econophasehighest-efficiency-dx-cooling-with-pumped-refrigerant-economizer.pdf, at 6. |

Figure 3.17 Second Cooling Source and Two-Step Compressorized Cooling




Figure 3.18 Freecooling and Compressorized Operation



| Claim Language | Exemplary Evidence |
| --- | --- |
| | *See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 72-74.<br><br>The Liebert cooling units were configured to be operated in U2U/teamwork mode, groups, and zones to independently control units in response to IT loads.<br><br>**3.4 Multi-Unit Coordination**<br><br>Liebert® iCOM™ teamwork shall save energy by preventing multiple units in an area from operating in opposing modes. Teamwork allows the control to optimize a group of connected cooling units with Liebert® iCOM™ using the U2U (Unit-to-Unit) network. There shall be three modes of teamwork operation:<br><br>• **Teamwork Mode 1 (Parallel)** – Is best in small rooms with balanced heat loads. The controlling temperature and humidity sensor readings of all units in operation (fan On) are collected to be used for an average or worst-case sensor reading (user selectable). The master unit shall send the operating requirements to all operating units in the group. The control band (temperature, fan and humidity) is derived and shared among the units in the group. Each unit will receive instructions on how to operate from the Master unit based on how far the system deviates from the setpoints. Evaporator fans and cooling capacity are ramped in parallel.<br><br>• **Teamwork Mode 2 (Independent)** – The Liebert® iCOM™ calculates the worse-case demand for heating, cooling humidification and dehumidification. Based on the greatest demand within the group, each unit operates independently, meaning that the unit may respond to the thermal load and humidity conditions based on the unit's controlling sensors. All sensor readings are shared.<br><br>• **Teamwork Mode 3 (Optimized Aisle)** – May be employed in large and small rooms with varying heat loads. Optimized Aisle is the most efficient teamwork mode that allows the unit to match cooling capacity with heat load. In the Optimized Aisle mode, the fans operate in parallel. Fans can be controlled exclusively by remote temperature or using static pressure with a secondary remote temperature sensor(s) as an override to ensure that the inlet rack temperature is being met. Cooling (Compressors, Economizer or Vertiv™ Liebert® EconoPhase) is controlled through unit supply-air conditions. The Liebert® iCOM™ calculates the average or worst-case sensor reading (user-selectable) for heating, cooling humidification and dehumidification. Based on the demand within the group, units will be allowed to operate within that mode until room conditions are satisfied. This is the best form of control for a room with an unbalanced load. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **3.6 Standby Unit Cascading**<br>The Vertiv™ Liebert® iCOM™ cascade option shall allow the units to turn On and Off based on heat load when utilizing Teamwork Mode 3–Optimized Aisle mode with remote temperature sensors. In Teamwork Mode 3, Cascade mode will stage units On based on the temperature and humidity readings and their deviation from setpoint. Cascade mode coordinates the fan speed dynamically to save energy and to meet the cooling demands. For instance, with a Liebert® iCOM group of six units and only 50% of the heat load, the iCOM™ shall operate only four units at 80% fan speed and leave the other two units in standby. As the heat load increases, the Liebert® iCOM™ shall automatically respond to the additional new load and bring on another unit, increasing the units in operation to five. As the heat load shifts up or down, the control shall meet the needs by cascading units On or putting them back into standby.<br><br>*See, e.g.*, https://www.vertiv.com/4922fe/globalassets/products/thermal-management/room-cooling/liebert-dse-80-165kw-23-43-tons-downflow-system-design-manual.pdf (DSE System Design Catalog), at App. E, p. 9-10; https://www.vertiv.com/4999c4/globalassets/products/thermal-management/room-cooling/liebert-ds-28-105kw-8-30-tons-system-design-manual_01.pdf (DS System Design Catalog), at App. D, p. 13-14; https://www.vertiv.com/48fb3f/globalassets/products/thermal-management/room-cooling/liebert-cw-system-design-manual_00.pdf (CW System Design Catalog), at App. E, p. 9; https://www.vertiv.com/4a4bca/globalassets/products/thermal-management/room-cooling/liebert-pdx--liebert-pcw-system-design-manual_00.pdf (PDX System Design Catalog), at App. D, p. 18. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **5 Unit to Unit (U2U) Networking**<br><br>Vertiv™ Liebert® iCOM™ controlled thermal management units connected in an Ethernet unit to unit (U2U) network are able to efficiently cool and control humidity in the conditioned space by exchanging data in several modes of operation.<br><br>U2U networking is required to set up and control the following operating features:<br>• Teamwork<br>• Standby (lead/lag)<br>• Rotation<br>• Cascading<br><br>**NOTE: The U2U network must be separate from other networks. Use a communication card, such as a Vertiv™ Liebert® IntelliSlot™ Unity, to communicate securely between your building management system or other networks.**<br><br>**5.1 Preparing for U2U Group Set Up**<br><br>Cooling units in the network will be assigned to groups, which affects how units function in teamwork, standby, rotation, and cascading operations. Especially in large rooms, it is important to consider several factors before setting up groups to balance cooling unit operation with room conditions.<br><br>**NOTE: For ease of set up and use, we recommend using only one group unless you have multiple rooms, differing software versions, or different types of cooling units.**<br><br>1. Make a map of the room and indicate the location of all heat generating devices and cooling units to plan for proper heat load management and cooling air distribution.<br>2. Note the type of units by product, model, size, etc.<br>3. Determine the number of units to network together to ensure proper air flow and environmental control, up to 32 units.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 99.<br><br>**U2U Address**<br><br>Unique identifier for each control board on the U2U network. Address range is 1 to 32 and must be consecutive from the previous control board address in the U2U group. This is the address used for standby/lead lag and cascade operation, see **Figure 5.1** on the previous page .<br><br>**NOTE: We recommend matching the U2U address to the last three digits of the IP address for easier reference later.**<br><br>**U2U Group**<br><br>For the control board, selects the zone/group with which the unit will be configured in teamwork/standby/rotation scenarios. |

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 101.<br><br>**7.4.3 Vertiv™ Liebert® iCOM™ Groups**<br><br>The Liebert® iCOM™ Groups menu (Connect & Control) allows users to manage aspects of iCOM™ Unit Groups. This includes the following functionality:<br>• Managing the temperature sensor associations to groups of HVAC units for purposes of control (Point to Group Association tab)<br>• Enabling control and the mode of Hot Spot Protection control on specific HVAC unit groups (iCOM™ Control Groups tab)<br>• Single Unit -> Single to Multi-Unit Fan and Cooling Set Point modification (Control Group Set Points tab)<br>• Mass Liebert® iCOM™-S HVAC unit property (name, model, performance, U2U ID) modification (HVAC Unit Change tab)<br>• Scheduling specific sensors to be ignored from control calculations for maintenance activities (Maintenance Mode tab)<br><br>*See, e.g.*, https://www.vertiv.com/4a1e35/globalassets/products/thermal-management/thermal-control-and-monitoring/liebert-icom-s-user-manual.pdf, at 77. |

| Claim Language | Exemplary Evidence |
|---|---|
| | |

# 6 Teamwork, Standby and Rotation for Cooling Units

U2U communication via private network and additional hardware (see U2U Networking on page 99 ) allows the following operating features for the cooling units:

- Teamwork
- Standby (Rotation)
- Cascade

## 6.1 Continuous Control with Virtual Master

The Virtual Master function maintains smooth control if group communication is compromised. In these operating configurations, a lead (master) unit is in charge of component staging in teamwork mode, unit staging, and standby rotation. If the lead unit gets disconnected, Vertiv™ Liebert® iCOM™ automatically assigns a virtual master, which assumes the responsibilities of the lead unit until communication is restored.

## 6.2 Teamwork Modes

When Vertiv™ Liebert® iCOM™ controlled thermal management units are connected to a network in a group or team, use teamwork to optimize performance and efficiency depending on the mode chose and its application.

In a panel with Status content, the Teamwork Mode icon indicates the mode selected, **Figure 6.1** on the next page . Touching the icon displays the Teamwork dialog from which you can access the teamwork-control settings.

### 6.2.1 To Set Up Teamwork

1. Touch the Teamwork-mode icon, then touch *Edit* on the teamwork dialog.
   – or –
   Touch , then > *BMS & Teamwork Setup* > *Teamwork / Standby* > *TeamworkMode*.
2. Select the mode from the *Teamwork Mode* drop down in the TEAMWORK MODE CONTROL panel. The TEAMWORK/STANDBY panel opens.
3. Touch *Save*. Teamwork mode is set.
   - Touch *Cancel* to discard changes.

| Claim Language | Exemplary Evidence |
|---|---|
| | **6.2.2 No Teamwork—Multiple Zones in One Room**<br><br>When a teamwork mode is not used, cooling units work independently based on their own sensors. Standby and unit rotation may be used, but cascading cannot.<br><br>**6.2.3 Teamwork Mode 1—Parallel Operation**<br><br>In Teamwork mode 1, fan speed and cooling capacity are ramped up in parallel, which means that all units operate identically.<br><br>Teamwork mode 1 is best for small rooms with balanced heat loads. A master unit collects the controlling readings for temperature and humidity from all the operating (fan on) units in the group, then determines the average or worst-case reading, and sends operating instructions to efficiently distribute cooling capacity across available units.<br><br>In Teamwork mode 1, most parameters are shared and, when set in any unit, are set in all units in the group.<br><br>**NOTE: Teamwork Mode 1 - Parallel is not supported on the Vertiv™ Liebert® DSE product line.**<br><br>**6.2.4 Teamwork Mode 2—Independent Operation**<br><br>Teamwork mode 2 works well for most applications, and best in large rooms with un-balanced heat loads by preventing units in a group from operating in opposing modes, some cooling and some heating. All temperature and humidity parameters are shared by the group. The master unit monitors all available unit-sensor readings and determines the demand for cooling, heating, humidification and dehumidification, then sends operating instructions to address the greatest demand.<br><br>In Teamwork mode 2, the setpoints for all units must be identical. The proportional band, deadband, and related settings may differ by unit. Fan speed is modulated per unit. Rotation and cascading is not available, so expect uneven distribution of work hours.<br><br>**6.2.5 Teamwork Mode 3—Optimized Aisle Operation**<br><br>In Teamwork Mode 3, the fan speed for all units operates in parallel, which means fan speed operation is identical at each unit. However, cooling capacity operates independently for each unit.<br><br>Teamwork mode 3 takes advantage of variable speed fan options and variable capacity component options to maintain rooms with an unbalanced load and to prevent units in a group from operating in opposing modes. All units operate in the same mode based on the average or worst case (maximum) readings from the unit sensors. A local control (cooling capacity supply sensor) provides input to manage and maintain the discharge-air temperature at each unit. In addition, fan speed and operation are controlled based on readings from the unit temperature or static pressure sensors to control air delivery to the cold aisle.<br><br>**NOTE: Standby and lead/lag are available when using optimized aisle mode, but is not recommended because it requires less power to run all units at reduced capacity.**<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 103-111. |

| Claim Language | Exemplary Evidence |
|---|---|
| [1b] processing the sensory data by a first agent in a hierarchy of agents to determine if the subsystems in the data center is operating within a predetermined temperature range; | Vertiv's customers processed the sensory data by a first agent in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range.<br><br>Vertiv supplied the '682 Patent Accused Vertiv Products to its customers. The '682 Patent Accused Vertiv Products were configured to process the sensory data by a first agent in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range. Vertiv's customers, by putting the '682 Patent Accused Vertiv Products into operation, processed the sensory data by a first agent in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range.<br><br>Vertiv's Liebert cooling units using an economizer/EconoPhase processed the temperature sensor data with a first agent (e.g., economizer/EconoPhase with Liebert® iCOM™ control systems) in a hierarchy of agents (e.g., economizer/EconoPhase unit, cooling unit, with Liebert® iCOM™ cooling system) and determined if the subsystems in the data center were operating within a predetermined temperature range. |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**Air-Cooled with EconoPhase Pumping Unit**
**This system has all the features of a standard air-cooled system, with the added benefit of an economizer mode that can be used when the outdoor temperature is cold enough to cool the refrigerant enough to suspend use of the compressors.**

*See, e.g.*, https://www.vertiv.com/globalassets/products/thermal-management/room-cooling/liebert-econophase-pumped-refrigerant-economizer/liebert-dse-60hz-user-manual--r0914-sl-18925.pdf (DSE User Manual), at 7; https://www.vertiv.com/4922fe/globalassets/products/thermal-management/room-cooling/liebert-dse-80-165kw-23-43-tons-downflow-system-design-manual.pdf (DSE System Design Catalog), at 4; https://www.vertiv.com/48eedd/globalassets/products/thermal-management/room-cooling/liebert-dse-250-265-kw-installer-user-guide.pdf (DSE System Design and User Guide), at 12; https://www.vertiv.com/48ee63/globalassets/shared/liebert-dse-with-econophasehighest-efficiency-dx-cooling-with-pumped-refrigerant-economizer.pdf (DSE Product Brief), at 2; https://www.vertiv.com/48ee6c/globalassets/products/thermal-management/room-cooling/liebert-dse-sales-brochure-sl-18927_00.pdf (DSE Sales Brochure), at 3; https://www.vertiv.com/4999c4/globalassets/products/thermal-management/room-cooling/liebert-ds-28-105kw-8-30-tons-system-design-</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | manual_01.pdf (DS System Design Catalog), at 3; https://www.vertiv.com/4a4bca/globalassets/products/thermal-management/room-cooling/liebert-pdx--liebert-pcw-system-design-manual_00.pdf (PDX/PCW System Design Catalog), at 8-9. |




*See, e.g.*, https://www.vertiv.com/48ee63/globalassets/shared/liebert-dse-with-econophasehighest-efficiency-dx-cooling-with-pumped-refrigerant-economizer.pdf, at 6.

**5.1 Liebert® EconoPhase Cycle (Optional)**

During cold outdoor temperatures, refrigerant pumps shall circulate refrigerant through the cooling system, in lieu of operating the compressors. The compressors shall ramp down during Liebert® EconoPhase operation, and, if able to completely offset the load, the control system shall shut the compressors off. Refrigerant pump(s) (PR050 has 1 pump, PR085-200 has 2 pumps) shall be housed in an enclosure, with each pump dedicated to its own refrigerant circuit. The Liebert® EconoPhase system shall include a variable-speed drive on each refrigerant pump to enable the pumps' speed to adjust in response to the load.

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>
See, e.g., https://www.vertiv.com/4922fe/globalassets/products/thermal-management/room-cooling/liebert-dse-80-165kw-23-43-tons-downflow-system-design-manual.pdf, at App. E, p. 17.<br><br>
6.2 Vertiv™ Liebert® EconoPhase<br>
The Liebert® EconoPhase has variable-speed refrigerant pumps, one per circuit, controlled by individual VFDs, factory-wired electrical panel, and factory-piped and tested refrigerant piping all housed within a bright aluminum NEMA 3R enclosure. The Liebert® EconoPhase refrigerant pumps are individually activated and speed controlled during cooler outdoor ambient, coordinated with Liebert® DSE compressors idled and refrigerant bypassed around them. Cool temperatures, such as mild weather and at night, partial economization, and power savings is provided with one pump activated and one compressor idled. Colder temperatures, such as winter weather, allow both Liebert® DSE compressors to be idled and Liebert® EconoPhase pumps to be controlled independently to provide full economization.<br><br>
See, e.g., https://www.vertiv.com/4922fe/globalassets/products/thermal-management/room-cooling/liebert-dse-80-165kw-23-43-tons-downflow-system-design-manual.pdf, at App. E, p. 20.<br><br>
2.9.5 GLYCOOL: Fluid Cooled Economizer and DX Refrigeration System<br>
1. System Description<br>
GLYCOOL - The GLYCOOL unit shall have two independent cooling coils. The first cooling coil shall be a part of a chilled glycol circuit and shall be strategically located in the return air stream to either pre-cool or totally cool the air before entering the refrigeration coil. The second cooling coil shall be part of a direct expansion refrigeration circuit and shall include a compressor, Liebert® Paradenser™, pressure safety switches, and a factory refrigerant charge. Liebert® iCOM™ shall control the activation/deactivation and modulation of the two cooling circuits allowing the system to function either as a modulating glycol economizer, a glycol refrigeration system, or a combination of both.<br><br>
This shall be a two pipe system and shall require closed loop water/glycol heat rejection, such as Vertiv™ Liebert® Drycooler/pump or customer water tower using properly treated glycol solutions. Field relief of the Schrader valve shall indicate a leak-free system.<br><br>
See, e.g., https://www.vertiv.com/4999c4/globalassets/products/thermal-management/room-cooling/liebert-ds-28-105kw-8-30-tons-system-design-manual_01.pdf, at App. D, p. 9.8
</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

# 7 Configuring Economizer Operation

Use Vertiv™ Liebert® iCOM™ to configure the economizer installed on your cooling unit.

**NOTE: Depending on customization to your cooling system, one of two types of economizer may be installed: the Liebert® Fluid Economizer or the Liebert® Air Economizer. Menu options differ depending on the type of economizer installed and significant differences are noted when they occur.**

## 7.1 Fluid Economizers

Fluid economizers provide a secondary chilled water or glycol coil (Vertiv™ Liebert® Econ-o-Coil) for cooling. Economizer operation is commonly referred to as free cooling because it reduces or eliminates the use of the compressor(s) in the right environmental conditions.

Your system may have one of two kinds of fluid economizers:

- GLYCOOL Economizer: A two pipe system that feeds a second glycol coil in the cooling unit and also the compressor(s) and heat exchanger (Liebert Paradenser™, tube-in-tube condenser, or brazed-plate heat exchanger).
- Dual Cool Economizer: A two pipe or four pipe system.
  - A two pipe system provides chilled water to a second coil, bypassing the air cooled/condenser compressorized loop.
  - In a four pipe system, two fluid lines are dedicated to a second chilled water coil and two fluid lines are dedicated to a glycol cooled or chilled water cooled compressorized loop.

The fluid economizer option appears on the Vertiv™ Liebert® iCOM™ service menu and opens the FLUID ECONOMIZER panel to configure operation.

### 7.1.1 Fluid Economizer Control Options

**Override**

Configures cooling unit override of economizer operation. See Overriding the Fluid Economizer Operation on the next page .

**Setup**

Configures the activation setpoints of the economizer. See Setting Up Fluid Economizer Operation on the next page .

**Status**

Status of economizer properties. See Viewing Fluid Economizer Statuses on page 119 .

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | |

### 7.1.3 Setting Up Fluid Economizer Operation

Configures activation points of the economizer. The sensors used to control/activate secondary cooling are room/local air temperature sensor or return-air sensor and an Aquastat Sensor (AQ) that measures the glycol/chilled water temperature.

1. Touch SERVICE, then ☰ > *Economizer* > *Setup*. The SETUP panel opens.

   Indicator dots next to the parameters show the status of the property. **Table 7.1** below , describes the color dots that indicate whether or not differential temperature (DT) Between Room and Fluid Value (depending on the selection for DT Between Room and Fluid Value) is within range for economizer operation. Indicators must be green to condition the space using the economizer. If an indicator is yellow, the economizer will not condition the space.

2. Refer to the Fluid Economizer Set Up Options on the facing page , and Temperature Control with a Fluid Economizer on page 116 , to adjust the setpoint options, then touch *Save*.

### 7.1.4 Temperature Control with a Fluid Economizer

When an economizer is installed, the cooling requirement (determined by the temperature proportional band) is addressed first by the economizer's secondary cooling, if the economizer cooling capacity is insufficient, the compressor(s) begin cooling to bring the room air temperature down to the temperature setpoint.

The fluid economizer employs a motorized ball valve that controls the flow of chilled water/glycol to provide a cooling capacity from 0% to 100%.

**Simultaneous Operation, Partial Economizer Operation, and Staging Cooling Sources**

When simultaneous operation of the compressor(s) and secondary cooling is enabled, the portion of the proportional band assigned to the fluid capacity valve may be reduced by the comparator circuit based on the DT settings. When this occurs, the compressor control proportional band moves closer to the setpoint, and compressorized cooling begins before secondary cooling reaches 100% (as shown in the example Secondary Cooling Temperature Control with Two Step Compressor on the facing page ) or shuts off.

*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 113-116.

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

## 2.6 Viewing Vertiv™ Liebert® EconoPhase Operation

When your Thermal Management System is a Vertiv™ Liebert® DSE system with a Liebert® EconoPhase pumped refrigerant economizer (PRE) and a Vertiv™ Liebert® MC or MCV condenser, the Liebert® EconoPhase screen, **Figure 2.1** below, shows the operating mode of the system. The Liebert® DSE System Optimization feature is automatically employed and reduces power consumption significantly because a PRE package consumes about one-tenth the power of the compressors.

Liebert® EconoPhase operation saves energy by eliminating compressor operation when outdoor ambient temperatures are cool enough, or when the difference between the indoor and outdoor ambient temperature is satisfied. Liebert® DSE System Optimization further improves efficiency by optimizing liquid refrigerant temperature and pressure setpoints in mid- and high-ambient temperature conditions, thus reducing the operation of condenser fans while maintaining the appropriate heat rejection capacity.

**Figure 2.1 Vertiv™ Liebert® EconoPhase Pump Mode Screen**




*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 21.
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>*See, e.g.*, https://www.vertiv.com/48ee6c/globalassets/products/thermal-management/room-cooling/liebert-dse-sales-brochure-sl-18927_00.pdf, at 3.<br>The Liebert DSE direct expansion cooling system comprises four primary components: the Liebert DSE indoor computer room air conditioning (CRAC) unit, the Liebert MC™ micro-channel outdoor condenser, the Liebert EconoPhase pumped refrigerant economizer, and Liebert iCOM™ thermal system controls. The components operate in harmony to provide the industry's most energy efficient operation for a room-based cooling system.<br>*See, e.g.*, https://www.vertiv.com/48ee63/globalassets/shared/liebert-dse-with-econophasehighest-efficiency-dx-cooling-with-pumped-refrigerant-economizer.pdf, at 2. |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>



**Liebert® iCOM™ Controls: The Industry's Most Advanced Control System**

The Liebert DSE™ is managed by the latest Liebert iCOM intelligent controls, which enable the system to continuously adapt to the data center IT load and outdoor conditions to take full advantage of economization while providing consistent cooling to IT equipment. The controls monitor all cooling system components as well as inlet rack temperatures throughout the data center.

The Liebert iCOM controls scale the operation of the CRAC to variably modulate the air volume and compressor capacity to precisely match the data center's IT load, enabling the CRAC unit to deliver the right amount of air at the right temperature. Liebert iCOM also monitors the load and outdoor conditions to control the outdoor Liebert MC™ micro-channel condenser, and during cooler temperatures, automatically activates the Liebert EconoPhase pumped refrigerant economizer to provide economization when conditions are optimal to do so.

The system's integrated Liebert iCOM controls also monitor several parameters within each sub-system and coordinate operation to provide efficient and reliable cooling. The Liebert iCOM control system provides hassle-free operation by automatically transferring between mechanical cooling and economizer operation modes. Built-in diagnostics ensure that system reliability is maintained, and information about system operation is reported.

*See, e.g.*, https://www.vertiv.com/48ee63/globalassets/shared/liebert-dse-with-econophasehighest-efficiency-dx-cooling-with-pumped-refrigerant-economizer.pdf, at 4-5.

**3.2.3 Switch from Compressor Operation to Pump Operation**

The Vertiv™ Liebert® iCOM™ runs the system in the most efficient operating mode, given the load and temperature conditions. If Mixed Mode is available, the system will change from Compressor Mode to Mixed Mode when partial Vertiv™ Liebert® EconoPhase operation is possible and from Compressor or Mixed Mode to Pump Mode when full EconoPhase operation is possible.

*See, e.g.*, https://www.vertiv.com/4a312a/globalassets/products/thermal-management/room-cooling/liebert-econophase-85kw-24-tons-125kw-35-tons-user-manual.pdf, at 15.

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | **System Control: Greater Efficiency, Faster Deployment**<br>Liebert® iCOM™-S system controls harmonize and optimize thermal system performance across the data center, and provide quick access to actionable data, including system diagnostics and trending. Automated routines and machine-to-machine communications allow the system as a whole to adapt to changes in facility-level demand as efficiently as possible. Simplified configuration routines and functions speed deployment.<br>**M2M Control for Energy Savings**<br>Liebert iCOM-S controls decouple cooling components — compressors, chilled water valves and economizers — from fan operation, allowing them to operate independently. This matches airflow and temperature to changing IT load requirements and maximizes the efficiency of each component. Air is returned to the cooling units at a higher temperature resulting in higher efficiency.<br><br><br>*See, e.g.*, https://www.vertiv.com/4a1e54/globalassets/shared/liebert-icom-thermal-system-controls-brochure.pdf, at 9.<br><br>Vertiv's Liebert cooling units operated in U2U/Teamwork Mode and processed the temperature sensor data by a first agent (e.g., first Liebert cooling unit with Liebert® iCOM™ control systems) in a hierarchy of agents (e.g., first Liebert cooling unit, second Liebert cooling unit, etc., with Liebert® iCOM™ control systems) and determined if the subsystems in the data center were operating within a predetermined temperature range. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **3.4 Multi-Unit Coordination**<br><br>Liebert® iCOM™ teamwork shall save energy by preventing multiple units in an area from operating in opposing modes. Teamwork allows the control to optimize a group of connected cooling units with Liebert® iCOM™ using the U2U (Unit-to-Unit) network. There shall be three modes of teamwork operation:<br><br>• **Teamwork Mode 1 (Parallel)** – Is best in small rooms with balanced heat loads. The controlling temperature and humidity sensor readings of all units in operation (fan On) are collected to be used for an average or worst-case sensor reading (user selectable). The master unit shall send the operating requirements to all operating units in the group. The control band (temperature, fan and humidity) is derived and shared among the units in the group. Each unit will receive instructions on how to operate from the Master unit based on how far the system deviates from the setpoints. Evaporator fans and cooling capacity are ramped in parallel.<br><br>• **Teamwork Mode 2 (Independent)** – The Liebert® iCOM™ calculates the worse-case demand for heating, cooling humidification and dehumidification. Based on the greatest demand within the group, each unit operates independently, meaning that the unit may respond to the thermal load and humidity conditions based on the unit's controlling sensors. All sensor readings are shared.<br><br>• **Teamwork Mode 3 (Optimized Aisle)** – May be employed in large and small rooms with varying heat loads. Optimized Aisle is the most efficient teamwork mode that allows the unit to match cooling capacity with heat load. In the Optimized Aisle mode, the fans operate in parallel. Fans can be controlled exclusively by remote temperature or using static pressure with a secondary remote temperature sensor(s) as an override to ensure that the inlet rack temperature is being met. Cooling (Compressors, Economizer or Vertiv™ Liebert® EconoPhase) is controlled through unit supply-air conditions. The Liebert® iCOM™ calculates the average or worst-case sensor reading (user-selectable) for heating, cooling humidification and dehumidification. Based on the demand within the group, units will be allowed to operate within that mode until room conditions are satisfied. This is the best form of control for a room with an unbalanced load.<br><br>**3.6 Standby Unit Cascading**<br><br>The Vertiv™ Liebert® iCOM™ cascade option shall allow the units to turn On and Off based on heat load when utilizing Teamwork Mode 3–Optimized Aisle mode with remote temperature sensors. In Teamwork Mode 3, Cascade mode will stage units On based on the temperature and humidity readings and their deviation from setpoint. Cascade mode coordinates the fan speed dynamically to save energy and to meet the cooling demands. For instance, with a Liebert® iCOM group of six units and only 50% of the heat load, the iCOM™ shall operate only four units at 80% fan speed and leave the other two units in standby. As the heat load increases, the Liebert® iCOM™ shall automatically respond to the additional new load and bring on another unit, increasing the units in operation to five. As the heat load shifts up or down, the control shall meet the needs by cascading units On or putting them back into standby. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **3.7 Virtual Master**<br>As part of the robust architecture of the Liebert® iCOM™ control, it shall allow for a virtual master that coordinates operation. The Virtual Master function shall provide smooth control operation if the group's communication is compromised. When the lead unit, which is in charge of component staging in teamwork, unit staging and standby rotation, becomes disconnected from the network, the Liebert® iCOM™ shall automatically assign a virtual master. The virtual master shall assume the same responsibilities as the master until communication is restored.<br><br>*See, e.g.*, https://www.vertiv.com/4922fe/globalassets/products/thermal-management/room-cooling/liebert-dse-80-165kw-23-43-tons-downflow-system-design-manual.pdf (DSE System Design Catalog), at App. E, p. 9-10; https://www.vertiv.com/4999c4/globalassets/products/thermal-management/room-cooling/liebert-ds-28-105kw-8-30-tons-system-design-manual_01.pdf (DS System Design Catalog), at App. D, p. 13-14; https://www.vertiv.com/48fb3f/globalassets/products/thermal-management/room-cooling/liebert-cw-system-design-manual_00.pdf (CW System Design Catalog), at App. E, p. 9; https://www.vertiv.com/4a4bca/globalassets/products/thermal-management/room-cooling/liebert-pdx--liebert-pcw-system-design-manual_00.pdf (PDX System Design Catalog), at App. D, p. 18. |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

## 5 Unit to Unit (U2U) Networking

Vertiv™ Liebert® iCOM™ controlled thermal management units connected in an Ethernet unit to unit (U2U) network are able to efficiently cool and control humidity in the conditioned space by exchanging data in several modes of operation.

U2U networking is required to set up and control the following operating features:

- Teamwork
- Standby (lead/lag)
- Rotation
- Cascading

**NOTE: The U2U network must be separate from other networks. Use a communication card, such as a Vertiv™ Liebert® IntelliSlot™ Unity, to communicate securely between your building management system or other networks.**

### 5.1 Preparing for U2U Group Set Up

Cooling units in the network will be assigned to groups, which affects how units function in teamwork, standby, rotation, and cascading operations. Especially in large rooms, it is important to consider several factors before setting up groups to balance cooling unit operation with room conditions.

**NOTE: For ease of set up and use, we recommend using only one group unless you have multiple rooms, differing software versions, or different types of cooling units.**

1. Make a map of the room and indicate the location of all heat generating devices and cooling units to plan for proper heat load management and cooling air distribution.
2. Note the type of units by product, model, size, etc.
3. Determine the number of units to network together to ensure proper air flow and environmental control, up to 32 units.

*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 99.

**U2U Address**

Unique identifier for each control board on the U2U network. Address range is 1 to 32 and must be consecutive from the previous control board address in the U2U group. This is the address used for standby/lead lag and cascade operation, see **Figure 5.1** on the previous page.

**NOTE: We recommend matching the U2U address to the last three digits of the IP address for easier reference later.**

**U2U Group**

For the control board, selects the zone/group with which the unit will be configured in teamwork/standby/rotation scenarios.

*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 101.
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **7.4.3 Vertiv™ Liebert® iCOM™ Groups**<br>The Liebert® iCOM™ Groups menu (Connect & Control) allows users to manage aspects of iCOM™ Unit Groups. This includes the following functionality:<br>• Managing the temperature sensor associations to groups of HVAC units for purposes of control (Point to Group Association tab)<br>• Enabling control and the mode of Hot Spot Protection control on specific HVAC unit groups (iCOM™ Control Groups tab)<br>• Single Unit -> Single to Multi-Unit Fan and Cooling Set Point modification (Control Group Set Points tab)<br>• Mass Liebert® iCOM™-S HVAC unit property (name, model, performance, U2U ID) modification (HVAC Unit Change tab)<br>• Scheduling specific sensors to be ignored from control calculations for maintenance activities (Maintenance Mode tab)<br><br>*See, e.g.*, https://www.vertiv.com/4a1e35/globalassets/products/thermal-management/thermal-control-and-monitoring/liebert-icom-s-user-manual.pdf, at 77. |

| Claim Language | Exemplary Evidence |
|---|---|
| | (see below) |

# 6 Teamwork, Standby and Rotation for Cooling Units

U2U communication via private network and additional hardware (see U2U Networking on page 99 ) allows the following operating features for the cooling units:

- Teamwork
- Standby (Rotation)
- Cascade

## 6.1 Continuous Control with Virtual Master

The Virtual Master function maintains smooth control if group communication is compromised. In these operating configurations, a lead (master) unit is in charge of component staging in teamwork mode, unit staging, and standby rotation. If the lead unit gets disconnected, Vertiv™ Liebert® iCOM™ automatically assigns a virtual master, which assumes the responsibilities of the lead unit until communication is restored.

## 6.2 Teamwork Modes

When Vertiv™ Liebert® iCOM™ controlled thermal management units are connected to a network in a group or team, use teamwork to optimize performance and efficiency depending on the mode chose and its application.

In a panel with Status content, the Teamwork Mode icon indicates the mode selected, **Figure 6.1** on the next page . Touching the icon displays the Teamwork dialog from which you can access the teamwork-control settings.

### 6.2.1 To Set Up Teamwork

1. Touch the Teamwork-mode icon, then touch *Edit* on the teamwork dialog.
   – or –
   Touch SERVICE, then ☰ > *BMS & Teamwork Setup* > *Teamwork / Standby* > *TeamworkMode*.
2. Select the mode from the *Teamwork Mode* drop down in the TEAMWORK MODE CONTROL panel. The TEAMWORK/STANDBY panel opens.
3. Touch *Save*. Teamwork mode is set.
   - Touch *Cancel* to discard changes.

| Claim Language | Exemplary Evidence |
|---|---|
| | **6.2.2 No Teamwork—Multiple Zones in One Room**<br><br>When a teamwork mode is not used, cooling units work independently based on their own sensors. Standby and unit rotation may be used, but cascading cannot.<br><br>**6.2.3 Teamwork Mode 1—Parallel Operation**<br><br>In Teamwork mode 1, fan speed and cooling capacity are ramped up in parallel, which means that all units operate identically.<br><br>Teamwork mode 1 is best for small rooms with balanced heat loads. A master unit collects the controlling readings for temperature and humidity from all the operating (fan on) units in the group, then determines the average or worst-case reading, and sends operating instructions to efficiently distribute cooling capacity across available units.<br><br>In Teamwork mode 1, most parameters are shared and, when set in any unit, are set in all units in the group.<br><br>**NOTE: Teamwork Mode 1 - Parallel is not supported on the Vertiv™ Liebert® DSE product line.**<br><br>**6.2.4 Teamwork Mode 2—Independent Operation**<br><br>Teamwork mode 2 works well for most applications, and best in large rooms with un-balanced heat loads by preventing units in a group from operating in opposing modes, some cooling and some heating. All temperature and humidity parameters are shared by the group. The master unit monitors all available unit-sensor readings and determines the demand for cooling, heating, humidification and dehumidification, then sends operating instructions to address the greatest demand.<br><br>In Teamwork mode 2, the setpoints for all units must be identical. The proportional band, deadband, and related settings may differ by unit. Fan speed is modulated per unit. Rotation and cascading is not available, so expect uneven distribution of work hours.<br><br>**6.2.5 Teamwork Mode 3—Optimized Aisle Operation**<br><br>In Teamwork Mode 3, the fan speed for all units operates in parallel, which means fan speed operation is identical at each unit. However, cooling capacity operates independently for each unit.<br><br>Teamwork mode 3 takes advantage of variable speed fan options and variable capacity component options to maintain rooms with an unbalanced load and to prevent units in a group from operating in opposing modes. All units operate in the same mode based on the average or worst case (maximum) readings from the unit sensors. A local control (cooling capacity supply sensor) provides input to manage and maintain the discharge-air temperature at each unit. In addition, fan speed and operation are controlled based on readings from the unit temperature or static pressure sensors to control air delivery to the cold aisle.<br><br>**NOTE: Standby and lead/lag are available when using optimized aisle mode, but is not recommended because it requires less power to run all units at reduced capacity.**<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 103-111. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | Temperature sensor data was compared to setpoints to determine if the subsystems in the data center were operating within a predetermined temperature range.<br><br>**2.1.2 Editing Temperature Setpoints**<br><br>1. Touch , then > *Setpoints* > *Temperature Control*. The TEMPERATURE CONTROL secondary panel opens.<br>2. Refer to User Temperature Setpoint Options below , Temperature Control—Temperature Setpoints and Cooling Operation on page 27 , and Compressor Control by Cooling Requirement on page 29 to adjust the setpoint options, then touch *Save*.<br>The setpoint is updated.<br>• Touch *Cancel* to discard the changes.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 15; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 14.<br><br>**3.1.2 Configuring Temperature Setpoints**<br><br>1. Touch , then > *Setpoints* > *Temperature Control*. The TEMPERATURE CONTROL secondary panel opens.<br>2. Refer to Temperature Control Options below , Temperature Control—Temperature Setpoints and Cooling Operation on page 27 , and Compressor Control by Cooling Requirement on page 29 to adjust the setpoint options, then touch *Save*.<br>The setpoint is updated.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 24; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 21. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Temperature Control Sensor**<br><br>Selects sensor that controls cooling. Values are:<br>• Supply Sensor: Temperature control is based on maintaining the temperature of the discharge air from the cooling unit. See Supply Sensors on page 164 .<br>• Remote Sensor: Temperature control is based on the temperature reading(s) from wired remote/rack sensor(s). See Wired Remote Sensors on page 161 .<br>• Return Sensor: Temperature control is based on maintaining the temperature of the room air.<br>• Customer input setpoint (remote alarm device)<br><br>With regards to Temperature Control and Fanspeed Control, Liebert® iCOM™ controller shall support the following sensor configurations:<br>• Mode A: Cooling = Supply Sensor, Fanspeed = Supply Sensor<br>• Mode B: Cooling = Remote Sensor, Fanspeed = Remote Sensor<br>• Mode C: Cooling = Return Sensor, Fanspeed = Return Sensor<br>• Mode D: Cooling = Supply Sensor, Fanspeed = Remote Sensor<br>• Mode E: Cooling = Supply Sensor, Fanspeed = Return Sensor<br><br>**Temperature Control Type**<br><br>Control when staging cooling and heating operations. Values are:<br>• Proportional: Percent of cooling/heating determined by the difference between the air temperature sensor reading and the temperature setpoint.<br>• P: Percent of cooling/heating calculated using the temperature proportional band and temperature-integration time settings. See Considerations when Using PI Temperature Control on page 28 .<br>• Adaptive PID: Auto-tuning PID control loop, can be set for cooling. Only available on Liebert® chilled water systems.<br>• Intelligent: Percent of cooling/heating determined by programmed logic that simulates manual human control.<br><br>**Temperature Deadband**<br><br>Widens the setpoint to prevent small temperature changes from cycling compressors and valves maximizing component life. When temperature is within the deadband, no change of the control output (heating/cooling) occurs. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Temperature Integration Time**<br><br>Adjusts amount of cooling/heating based on the length of time the temperature has deviated from the setpoint. The time selected is the amount of time it will take cooling capacity to reach 100%. For example, if three minutes is selected, cooling capacity will increase to 100% in three minutes.<br><br>**NOTE: Three to five minutes of integration time is adequate for most applications. See Considerations when Using PI Temperature Control on page 28 .**<br><br>**NOTE: Only used when Temperature Control Type is PI.**<br><br>**Temperature Proportional Band**<br><br>Adjusts the activation point of cooling/heating components based on deviation from setpoint by placing half of the selected value on each side of the temperature control setpoint. A smaller number causes faster reaction to temperature changes.<br><br>**NOTE: Setting this too low causes short cycling of compressors.**<br><br>**Temperature Setpoint**<br><br>Temperature that the unit maintains via cooling/reheat.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 25-26; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 22-23.<br><br>**3.1.3 Temperature Control—Temperature Setpoints and Cooling Operation**<br><br>Temperature control refers to the cooling unit's response to programmed setpoints and sensed room/load conditions. Temperature control is closely-tied to the primary cooling source. Liebert® Thermal management units employ several types of primary cooling sources: |

| Claim Language | Exemplary Evidence |
|---|---|
| | Figure 3.1 Temperature Control without a Deadband<br><br><br>Figure 3.2 Temperature Control with a Deadband<br><br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 27-28; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 23-25. |

| Claim Language | Exemplary Evidence |
|---|---|
| [1c] adjusting a delivery rate for a cooling fluid using the first agent to keep the temperature range of the subsystem within the predetermined temperature range; and | Vertiv's customers adjusted a delivery rate for a cooling fluid using the first agent to keep the temperature range of the subsystem within the predetermined temperature range.<br><br>Vertiv supplied the '682 Patent Accused Vertiv Products to its customers. The '682 Patent Accused Vertiv Products were configured to adjust a delivery rate for a cooling fluid using the first agent to keep the temperature range of the subsystem within the predetermined temperature range. Vertiv's customers, by putting the '682 Patent Accused Vertiv Products into operation, adjusted a delivery rate for a cooling fluid using the first agent to keep the temperature range of the subsystem within the predetermined temperature range.<br><br>Vertiv's Liebert cooling units using an economizer/EconoPhase with Liebert® iCOM™ control systems adjusted a delivery rate for a cooling fluid (e.g., air) using the first agent (e.g., economizer/EconoPhase with Liebert® iCOM™ control systems) to keep the temperature range of the subsystem within the predetermined temperature range. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **7 Configuring Economizer Operation**<br><br>Use Vertiv™ Liebert® iCOM™ to configure the economizer installed on your cooling unit.<br><br>**NOTE: Depending on customization to your cooling system, one of two types of economizer may be installed: the Liebert® Fluid Economizer or the Liebert® Air Economizer. Menu options differ depending on the type of economizer installed and significant differences are noted when they occur.**<br><br>**7.1 Fluid Economizers**<br><br>Fluid economizers provide a secondary chilled water or glycol coil (Vertiv™ Liebert® Econ-o-Coil) for cooling. Economizer operation is commonly referred to as free cooling because it reduces or eliminates the use of the compressor(s) in the right environmental conditions.<br><br>Your system may have one of two kinds of fluid economizers:<br>• GLYCOOL Economizer: A two pipe system that feeds a second glycol coil in the cooling unit and also the compressor(s) and heat exchanger (Liebert Paradenser™, tube-in-tube condenser, or brazed-plate heat exchanger).<br>• Dual Cool Economizer: A two pipe or four pipe system.<br>    • A two pipe system provides chilled water to a second coil, bypassing the air cooled/condenser compressorized loop.<br>    • In a four pipe system, two fluid lines are dedicated to a second chilled water coil and two fluid lines are dedicated to a glycol cooled or chilled water cooled compressorized loop.<br><br>The fluid economizer option appears on the Vertiv™ Liebert® iCOM™ service menu and opens the FLUID ECONOMIZER panel to configure operation.<br><br>**7.1.1 Fluid Economizer Control Options**<br><br>**Override**<br><br>Configures cooling unit override of economizer operation. See Overriding the Fluid Economizer Operation on the next page .<br><br>**Setup**<br><br>Configures the activation setpoints of the economizer. See Setting Up Fluid Economizer Operation on the next page .<br><br>**Status**<br><br>Status of economizer properties. See Viewing Fluid Economizer Statuses on page 119 . |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **7.1.3 Setting Up Fluid Economizer Operation**<br><br>Configures activation points of the economizer. The sensors used to control/activate secondary cooling are room/local air temperature sensor or return-air sensor and an Aquastat Sensor (AQ) that measures the glycol/chilled water temperature.<br><br>1. Touch , then  > *Economizer* > *Setup*. The SETUP panel opens.<br><br>Indicator dots next to the parameters show the status of the property. **Table 7.1** below , describes the color dots that indicate whether or not differential temperature (DT) Between Room and Fluid Value (depending on the selection for DT Between Room and Fluid Value) is within range for economizer operation. Indicators must be green to condition the space using the economizer. If an indicator is yellow, the economizer will not condition the space.<br><br>2. Refer to the Fluid Economizer Set Up Options on the facing page , and Temperature Control with a Fluid Economizer on page 116 , to adjust the setpoint options, then touch *Save*.<br><br>**7.1.4 Temperature Control with a Fluid Economizer**<br><br>When an economizer is installed, the cooling requirement (determined by the temperature proportional band) is addressed first by the economizer's secondary cooling, if the economizer cooling capacity is insufficient, the compressor(s) begin cooling to bring the room air temperature down to the temperature setpoint.<br><br>The fluid economizer employs a motorized ball valve that controls the flow of chilled water/glycol to provide a cooling capacity from 0% to 100%.<br><br>**Simultaneous Operation, Partial Economizer Operation, and Staging Cooling Sources**<br><br>When simultaneous operation of the compressor(s) and secondary cooling is enabled, the portion of the proportional band assigned to the fluid capacity valve may be reduced by the comparator circuit based on the DT settings. When this occurs, the compressor control proportional band moves closer to the setpoint, and compressorized cooling begins before secondary cooling reaches 100% (as shown in the example Secondary Cooling Temperature Control with Two Step Compressor on the facing page ) or shuts off. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Fluid Economizer Set Up Options**<br><br>**DT Between Room and Fluid Type**<br><br>Selects the glycol/chilled water temperature input used by the comparator circuit to determine if the DT warrants use of secondary cooling.<br><br>• Disabled: Disables the second cooling source in dual cool configurations and is the default setting for standard, compressorized units and for chilled water units without a second cooling source.<br>• Contact: An external input is used to determine secondary cooling activation based on the open/closed status of the contact:<br>Open: Activate second cooling source.<br>Closed: Deactivate second cooling source.<br>• Temp: The difference between the fluid temperature and the room air temperature (Temperature Setpoint) determines use of secondary cooling. (The difference parameter is set with the DT between room and fluid value slider. When the difference is equal to or greater than the selected value, secondary cooling is used.)<br>• Set: Enables free cooling when the sensed fluid temperature is colder than the Temperature Setpoint. (The difference parameter is set using the DT between room and fluid value slider. When the difference is equal to or greater than the selected value, secondary cooling is used.)<br><br>**DT Between Room and Fluid Value**<br><br>Temperature difference between fluid and room air at which secondary cooling activates. For example, when set at the factory default 12°F (–11.1°C), secondary cooling activates when the fluid temperature is 12 or more degrees colder than the room air temperature/setpoint.<br><br>**Minimum CW Temp**<br><br>Enables/disables setting a minimum chilled water temperature that controls simultaneous operation of chilled water secondary cooling and compressor(s).<br><br>**Minimum CW Temp Value**<br><br>Temperature of the fluid that determines whether or not secondary cooling and compressor(s) operate simultaneously:<br><br>• If the fluid temperature is below the minimum temperature and if the temperature differential is satisfied (DT between room and fluid value), then the compressor(s) are locked out and the secondary chilled-water coil provides cooling.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 113-116. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **3.1.2 Configuring Temperature Setpoints**<br>1. Touch SERVICE, then > *Setpoints* > *Temperature Control*. The TEMPERATURE CONTROL secondary panel opens.<br>2. Refer to Temperature Control Options below , Temperature Control—Temperature Setpoints and Cooling Operation on page 27 , and Compressor Control by Cooling Requirement on page 29 to adjust the setpoint options, then touch *Save*.<br>The setpoint is updated.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 24; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 21.<br><br>**Temperature Control Sensor**<br>Selects sensor that controls cooling. Values are:<br>• Supply Sensor: Temperature control is based on maintaining the temperature of the discharge air from the cooling unit. See Supply Sensors on page 164 .<br>• Remote Sensor: Temperature control is based on the temperature reading(s) from wired remote/rack sensor(s). See Wired Remote Sensors on page 161 .<br>• Return Sensor: Temperature control is based on maintaining the temperature of the room air.<br>• Customer input setpoint (remote alarm device)<br>With regards to Temperature Control and Fanspeed Control, Liebert® iCOM™ controller shall support the following sensor configurations:<br>• Mode A: Cooling = Supply Sensor, Fanspeed = Supply Sensor<br>• Mode B: Cooling = Remote Sensor, Fanspeed = Remote Sensor<br>• Mode C: Cooling = Return Sensor, Fanspeed = Return Sensor<br>• Mode D: Cooling = Supply Sensor, Fanspeed = Remote Sensor<br>• Mode E: Cooling = Supply Sensor, Fanspeed = Return Sensor |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>
Temperature Control Type<br>
Control when staging cooling and heating operations. Values are:<br>
• Proportional: Percent of cooling/heating determined by the difference between the air temperature sensor reading and the temperature setpoint.<br>
• P: Percent of cooling/heating calculated using the temperature proportional band and temperature-integration time settings. See Considerations when Using PI Temperature Control on page 28 .<br>
• Adaptive PID: Auto-tuning PID control loop, can be set for cooling. Only available on Liebert® chilled water systems.<br>
• Intelligent: Percent of cooling/heating determined by programmed logic that simulates manual human control.<br>
Temperature Deadband<br>
Widens the setpoint to prevent small temperature changes from cycling compressors and valves maximizing component life. When temperature is within the deadband, no change of the control output (heating/cooling) occurs.<br>
<br>
Temperature Integration Time<br>
Adjusts amount of cooling/heating based on the length of time the temperature has deviated from the setpoint. The time selected is the amount of time it will take cooling capacity to reach 100%. For example, if three minutes is selected, cooling capacity will increase to 100% in three minutes.<br>
NOTE: Three to five minutes of integration time is adequate for most applications. See Considerations when Using PI Temperature Control on page 28 .<br>
NOTE: Only used when Temperature Control Type is PI.<br>
Temperature Proportional Band<br>
Adjusts the activation point of cooling/heating components based on deviation from setpoint by placing half of the selected value on each side of the temperature control setpoint. A smaller number causes faster reaction to temperature changes.<br>
NOTE: Setting this too low causes short cycling of compressors.<br>
Temperature Setpoint<br>
Temperature that the unit maintains via cooling/reheat.<br>
<br>
See, e.g., https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 25-26; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 22-23.
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Minimum Chilled Water Temperature**—This feature allows the user to select a minimum chilled water temperature to prevent simultaneous operation of the chilled water (free cooling) and compressor(s) on units factory-programmed to operate both sources simultaneously. This feature is enabled in Service>Setpoints, parameter Minimum CW Temp.<br><br>If the fluid temperature sensed is below the Minimum CW Temp Value, (Service Menu, Setpoints), and the Delta T (Temperature Difference) Between Room and Glycol (see Differential Temperatures/Controls (Comparator Circuit) on the previous page ) is satisfied, the control will operate ONLY the chilled water for cooling. The compressor(s) is locked out. If cooling does not operate, (i.e., loss of chilled water flow), the control will override this setting and activate a compressor(s). When this happens, free-cooling will be locked out for one hour.<br><br>If the fluid temperature is above the minimum CW value, the control will operate the chilled water (free cooling) and compressor(s) simultaneously if needed. If the Minimum CW Temp is disabled, the control may operate both sources as load requires.<br><br>**GLYCOOL Cooling—Freecooling**<br><br>GLYCOOL units may be programmed to stage cooling components in either of two ways:<br>• Operate freecooling or compressor(s) to maintain temperature (factory default)<br>• Operate freecooling and compressor(s) simultaneously<br><br>When the unit is configured to operate free-cooling or compressors(s), free-cooling eligibility is based on the comparator circuit discussed in Differential Temperatures/Controls (Comparator Circuit) on page 71 . If the circuit determines free-cooling will condition the space, the valve will open and close as temperature deviates from the setpoint. If the comparator circuit determines that free-cooling is not capable of conditioning the space, control is automatically replaced by compressor(s).<br><br>During either freecooling or compressor operation, the control uses the temperature proportional band to determine which operation to perform (cooling/heating) and how much capacity to provide. The Temperature Proportional Band is a user-defined range that is divided into two equal parts for cooling and heating. The Temperature Setpoint is between these two equal parts. An optional temperature and heating deadband range can be defined, which is equally divided on either side of the setpoint and separates the two halves of the proportional band.<br><br>When the unit is configured to operate free-cooling and compressor(s) simultaneously, the comparator circuit determines free-cooling eligibility. Free-cooling and compressor(s) are staged based on temperature deviation from setpoint. The cooling proportional band is divided into two parts for simultaneous operation, the first portion is used for free-cooling and the second for DX operation. Second Cooling Source and Two-Step Compressorized Cooling on the previous page on the previous page illustrates how the cooling proportional band is broken out on a freecooling unit with two step compressors.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 72-73. |

| Claim Language | Exemplary Evidence |
|---|---|
| | |

LIEBERT® DSE™ FREECOOLING SOLUTION, 50-250KW

## Designed for the Highest Efficiency

1. The example to the right shows full compressor operation with the Liebert DSE units operating at 70% capacity. During warm summer months, the Liebert EconoPhase unit is idled, and the system instead uses compressors to drive heat rejection. To maximize efficiency in this scenario, the variable-speed evaporator fans, variables speed condenser fans, and the digital scroll compressors automatically adjust to match IT load and optimize energy usage.

### 1. Full Compressor Mode

| COOLING MODE | OUTDOOR TEMP | COOLING PUE |
|---|---|---|
| Full Compressor | 95 | 1.28 |




2. During cooler times, such as mild seasons and at night, the refrigerant economizer has the ability to provide partial free cooling, offsetting some of the compressor power usage.

Assuming an 85°F return air temperature to the CRAC unit, when the outdoor temperature drops low enough (65°F for the example shown, but at even higher temperatures for lower load applications), the Liebert EconoPhase can begin to offer partial economization.

In this mode, refrigerant bypasses the CRAC's first compressor, allowing it to idle. Pump One of the EconoPhase system is then activated, consuming only 0.6 kW - a net savings of over 90% compared to compressor operation. The result is a lower cooling PUE of 1.17 or a system SCOP of 5.8.

### 2. Partial Economization

| COOLING MODE | OUTDOOR TEMP | COOLING PUE |
|---|---|---|
| Full Compressor | 95 | 1.28 |
| Partial EconoPhase | 65 | 1.17 |




3. When outdoor temperatures are at their lowest (particularly in winter months), the Liebert DSE™ can leverage the Liebert EconoPhase system to operate at full economization.In this scenario (45°F ambient shown, but potentially higher for lighter loads), all of the Liebert DSE system's compressors are idled and bypassed, replaced entirely b/or 9 kW of power for the cooling system for every 100 kW of IT load.

### 3. Full Economization

| COOLING MODE | OUTDOOR TEMP | COOLING PUE |
|---|---|---|
| Full Compressor | 95 | 1.28 |
| Partial EconoPhase | 65 | 1.17 |
| Full EconoPhase | 45 | 1.09 |




*See, e.g.*, https://www.vertiv.com/48ee6c/globalassets/products/thermal-management/room-cooling/liebert-dse-sales-brochure-sl-18927_00.pdf, at 4.

| Claim Language | Exemplary Evidence |
|---|---|
| | Vertiv's Liebert cooling units operating in U2U/Teamwork Mode adjusted a delivery rate for a cooling fluid (e.g., air) using the first agent (e.g., first cooling unit with Liebert® iCOM™ control systems) to keep the temperature range of the subsystem within the predetermined temperature range.<br><br>**5 Unit to Unit (U2U) Networking**<br><br>Vertiv™ Liebert® iCOM™ controlled thermal management units connected in an Ethernet unit to unit (U2U) network are able to efficiently cool and control humidity in the conditioned space by exchanging data in several modes of operation.<br><br>U2U networking is required to set up and control the following operating features:<br>• Teamwork<br>• Standby (lead/lag)<br>• Rotation<br>• Cascading<br><br>**NOTE: The U2U network must be separate from other networks. Use a communication card, such as a Vertiv™ Liebert® IntelliSlot™ Unity, to communicate securely between your building management system or other networks.**<br><br>**5.1 Preparing for U2U Group Set Up**<br><br>Cooling units in the network will be assigned to groups, which affects how units function in teamwork, standby, rotation, and cascading operations. Especially in large rooms, it is important to consider several factors before setting up groups to balance cooling unit operation with room conditions.<br><br>**NOTE: For ease of set up and use, we recommend using only one group unless you have multiple rooms, differing software versions, or different types of cooling units.**<br><br>1. Make a map of the room and indicate the location of all heat generating devices and cooling units to plan for proper heat load management and cooling air distribution.<br>2. Note the type of units by product, model, size, etc.<br>3. Determine the number of units to network together to ensure proper air flow and environmental control, up to 32 units.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 99. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **U2U Address**<br>Unique identifier for each control board on the U2U network. Address range is 1 to 32 and must be consecutive from the previous control board address in the U2U group. This is the address used for standby/lead lag and cascade operation, see **Figure 5.1** on the previous page .<br>**NOTE: We recommend matching the U2U address to the last three digits of the IP address for easier reference later.**<br>**U2U Group**<br>For the control board, selects the zone/group with which the unit will be configured in teamwork/standby/rotation scenarios.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 101.<br><br>**7.4.3 Vertiv™ Liebert® iCOM™ Groups**<br>The Liebert® iCOM™ Groups menu (Connect & Control) allows users to manage aspects of iCOM™ Unit Groups. This includes the following functionality:<br>• Managing the temperature sensor associations to groups of HVAC units for purposes of control (Point to Group Association tab)<br>• Enabling control and the mode of Hot Spot Protection control on specific HVAC unit groups (iCOM™ Control Groups tab)<br>• Single Unit -> Single to Multi-Unit Fan and Cooling Set Point modification (Control Group Set Points tab)<br>• Mass Liebert® iCOM™-S HVAC unit property (name, model, performance, U2U ID) modification (HVAC Unit Change tab)<br>• Scheduling specific sensors to be ignored from control calculations for maintenance activities (Maintenance Mode tab)<br><br>*See, e.g.*, https://www.vertiv.com/4a1e35/globalassets/products/thermal-management/thermal-control-and-monitoring/liebert-icom-s-user-manual.pdf, at 77. |

| Claim Language | Exemplary Evidence |
|---|---|
| | |

# 6 Teamwork, Standby and Rotation for Cooling Units

U2U communication via private network and additional hardware (see U2U Networking on page 99 ) allows the following operating features for the cooling units:

- Teamwork
- Standby (Rotation)
- Cascade

## 6.1 Continuous Control with Virtual Master

The Virtual Master function maintains smooth control if group communication is compromised. In these operating configurations, a lead (master) unit is in charge of component staging in teamwork mode, unit staging, and standby rotation. If the lead unit gets disconnected, Vertiv™ Liebert® iCOM™ automatically assigns a virtual master, which assumes the responsibilities of the lead unit until communication is restored.

## 6.2 Teamwork Modes

When Vertiv™ Liebert® iCOM™ controlled thermal management units are connected to a network in a group or team, use teamwork to optimize performance and efficiency depending on the mode chose and its application.

In a panel with Status content, the Teamwork Mode icon indicates the mode selected, **Figure 6.1** on the next page . Touching the icon displays the Teamwork dialog from which you can access the teamwork-control settings.

### 6.2.1 To Set Up Teamwork

1. Touch the Teamwork-mode icon, then touch *Edit* on the teamwork dialog.
   – or –
   Touch SERVICE, then ☰ > *BMS & Teamwork Setup > Teamwork / Standby > TeamworkMode.*
2. Select the mode from the *Teamwork Mode* drop down in the TEAMWORK MODE CONTROL panel. The TEAMWORK/STANDBY panel opens.
3. Touch *Save*. Teamwork mode is set.
   - Touch *Cancel* to discard changes.

| Claim Language | Exemplary Evidence |
|---|---|
| | **6.2.2 No Teamwork—Multiple Zones in One Room**<br>When a teamwork mode is not used, cooling units work independently based on their own sensors. Standby and unit rotation may be used, but cascading cannot.<br>**6.2.3 Teamwork Mode 1—Parallel Operation**<br>In Teamwork mode 1, fan speed and cooling capacity are ramped up in parallel, which means that all units operate identically.<br>Teamwork mode 1 is best for small rooms with balanced heat loads. A master unit collects the controlling readings for temperature and humidity from all the operating (fan on) units in the group, then determines the average or worst-case reading, and sends operating instructions to efficiently distribute cooling capacity across available units.<br>In Teamwork mode 1, most parameters are shared and, when set in any unit, are set in all units in the group.<br>**NOTE: Teamwork Mode 1 - Parallel is not supported on the Vertiv™ Liebert® DSE product line.**<br>**6.2.4 Teamwork Mode 2—Independent Operation**<br>Teamwork mode 2 works well for most applications, and best in large rooms with un-balanced heat loads by preventing units in a group from operating in opposing modes, some cooling and some heating. All temperature and humidity parameters are shared by the group. The master unit monitors all available unit-sensor readings and determines the demand for cooling, heating, humidification and dehumidification, then sends operating instructions to address the greatest demand.<br>In Teamwork mode 2, the setpoints for all units must be identical. The proportional band, deadband, and related settings may differ by unit. Fan speed is modulated per unit. Rotation and cascading is not available, so expect uneven distribution of work hours.<br>**6.2.5 Teamwork Mode 3—Optimized Aisle Operation**<br>In Teamwork Mode 3, the fan speed for all units operates in parallel, which means fan speed operation is identical at each unit. However, cooling capacity operates independently for each unit.<br>Teamwork mode 3 takes advantage of variable speed fan options and variable capacity component options to maintain rooms with an unbalanced load and to prevent units in a group from operating in opposing modes. All units operate in the same mode based on the average or worst case (maximum) readings from the unit sensors. A local control (cooling capacity supply sensor) provides input to manage and maintain the discharge-air temperature at each unit. In addition, fan speed and operation are controlled based on readings from the unit temperature or static pressure sensors to control air delivery to the cold aisle.<br>**NOTE: Standby and lead/lag are available when using optimized aisle mode, but is not recommended because it requires less power to run all units at reduced capacity.**<br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 103-111. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Temperature Control Sensor**<br><br>Selects sensor that controls cooling. Values are:<br>• Supply Sensor: Temperature control is based on maintaining the temperature of the discharge air from the cooling unit. See Supply Sensors on page 164 .<br>• Remote Sensor: Temperature control is based on the temperature reading(s) from wired remote/rack sensor(s). See Wired Remote Sensors on page 161 .<br>• Return Sensor: Temperature control is based on maintaining the temperature of the room air.<br>• Customer input setpoint (remote alarm device)<br><br>With regards to Temperature Control and Fanspeed Control, Liebert® iCOM™ controller shall support the following sensor configurations:<br>• Mode A: Cooling = Supply Sensor, Fanspeed = Supply Sensor<br>• Mode B: Cooling = Remote Sensor, Fanspeed = Remote Sensor<br>• Mode C: Cooling = Return Sensor, Fanspeed = Return Sensor<br>• Mode D: Cooling = Supply Sensor, Fanspeed = Remote Sensor<br>• Mode E: Cooling = Supply Sensor, Fanspeed = Return Sensor<br><br>**Temperature Control Type**<br><br>Control when staging cooling and heating operations. Values are:<br>• Proportional: Percent of cooling/heating determined by the difference between the air temperature sensor reading and the temperature setpoint.<br>• P: Percent of cooling/heating calculated using the temperature proportional band and temperature-integration time settings. See Considerations when Using PI Temperature Control on page 28 .<br>• Adaptive PID: Auto-tuning PID control loop, can be set for cooling. Only available on Liebert® chilled water systems.<br>• Intelligent: Percent of cooling/heating determined by programmed logic that simulates manual human control.<br><br>**Temperature Deadband**<br><br>Widens the setpoint to prevent small temperature changes from cycling compressors and valves maximizing component life. When temperature is within the deadband, no change of the control output (heating/cooling) occurs. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Temperature Integration Time**<br><br>Adjusts amount of cooling/heating based on the length of time the temperature has deviated from the setpoint. The time selected is the amount of time it will take cooling capacity to reach 100%. For example, if three minutes is selected, cooling capacity will increase to 100% in three minutes.<br><br>NOTE: Three to five minutes of integration time is adequate for most applications. See Considerations when Using PI Temperature Control on page 28 .<br><br>NOTE: Only used when Temperature Control Type is **PI**.<br><br>**Temperature Proportional Band**<br><br>Adjusts the activation point of cooling/heating components based on deviation from setpoint by placing half of the selected value on each side of the temperature control setpoint. A smaller number causes faster reaction to temperature changes.<br><br>NOTE: Setting this too low causes short cycling of compressors.<br><br>**Temperature Setpoint**<br><br>Temperature that the unit maintains via cooling/reheat.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 25-26; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 22-23.<br><br>**3.1.3 Temperature Control—Temperature Setpoints and Cooling Operation**<br><br>Temperature control refers to the cooling unit's response to programmed setpoints and sensed room/load conditions. Temperature control is closely-tied to the primary cooling source. Liebert® Thermal management units employ several types of primary cooling sources:<br><br>**Compressor Operation**<br><br>Vertiv™ Liebert® iCOM™ controls the cooling units based on a calculated need for cooling (and heating, if included on your system). The requirement is expressed as a percentage and is calculated using the selected temperature control type. |

| Claim Language | Exemplary Evidence |
|---|---|
| | Figure 3.1 Temperature Control without a Deadband<br><br><br>Figure 3.2 Temperature Control with a Deadband<br><br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 27-28; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 23-25. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **3.1.4 Compressor Control by Cooling Requirement**<br><br>Compressor control is directly linked to temperature control in that the cooling requirement determined by the temperature proportional band determines compressor operation. Depending on the type of cooling unit, the number and type of compressors varies. The following describes compressor operation along the proportional band for the varying compressor options.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 29.<br><br>**3.3 Vertiv™ Liebert® iCOM™ Control Methods and Options**<br><br>The Liebert® iCOM™ shall be factory-set to allow precise monitoring and control of the condition of the air entering and leaving the unit. This control shall include predictive methods to control air flow and cooling capacity-based control sensors installed. Proportional and Tunable PID shall also be user-selectable options.<br><br>**3.3.1 Controlling Sensor Options**<br><br>The Liebert® iCOM™ shall be flexible in the sense that it shall allow for controlling the capacity and fan from multiple different sensor selections. The sensor selections shall be:<br><br>**Cooling Capacity**<br>• Supply<br>• Remote<br>• Return<br><br>**3.3.2 Temperature Compensation**<br><br>The Vertiv™ Liebert® iCOM™ shall be able to adjust the capacity output based on supply and return temperature conditions to meet SLA guidelines while operating at highest efficiency.<br><br>*See, e.g.*, https://www.vertiv.com/4922fe/globalassets/products/thermal-management/room-cooling/liebert-dse-80-165kw-23-43-tons-downflow-system-design-manual.pdf (DSE System Design Catalog), at App. E, p. 8, 9; https://www.vertiv.com/48eedd/globalassets/products/thermal-management/room-cooling/liebert-dse-250-265-kw-installer-user-guide.pdf (DSE System Design and User Guide), App. D, p. 7, 8; https://www.vertiv.com/4999c4/globalassets/products/thermal-management/room-cooling/liebert-ds-28-105kw-8-30-tons-system-design-manual_01.pdf (DS System |

| Claim Language | Exemplary Evidence |
|---|---|
| | Design Catalog), at App. D, p. 12; https://www.vertiv.com/4a4bca/globalassets/products/thermal-management/room-cooling/liebert-pdx--liebert-pcw-system-design-manual_00.pdf (PDX/PCW System Design Catalog), at App. D, p. 17; https://www.vertiv.com/48fb3f/globalassets/products/thermal-management/room-cooling/liebert-cw-system-design-manual_00.pdf (CW System Design Catalog), at App. E, p. 8. |

**Digital Scroll Compressors**

Digital scroll compressors use time loaded/unloaded to modulate cooling capacity between 10% and 100% to control cooling more precisely than non-digital compressors. Capacity modulation is achieved by opening and closing a digital solenoid valve in 15 second intervals while the compressor runs continuously when the cooling requirement is 10% to 100%.

- When the valve is opened (energized, the compressor is unloaded and capacity is 0% (because the scroll plates are separated so that there is no refrigerant flowing through the compressor).
- When the valve is closed (de-energized), the compressor is loaded and capacity is 100%.
- Capacity is determined by the amount of time that the valve is closed in the 15 second interval. **Figure 3.7** on the next page illustrates solenoid-valve operation when cooling requirement is 66%.
  - The valve is closed for 10 seconds (100% cooling).
  - The valve is then open for 5 seconds (0% cooling).
  - This results in 66% cooling. Essentially, the compressor is partially loaded.

**Figure 3.7 Digital Scroll Compressor Operation to Provide 66% Cooling Capacity**



| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 33-34; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 28.<br><br>**Fan Control Options**<br><br>**Airflow Calibration**<br><br>Maximum allowed fan output voltage.<br><br>**Fan Control Sensor**<br><br>Selects the sensor that controls automatic fan speed, see Automatic Fan Speed Control on page 47 ,<br>– or –<br>Selects manual control, see Manual Fan Speed Control on the facing page . Options are:<br>• Supply: Air flow/fan speed is adjusted based on reading from the supply air temperature sensor.<br>• Remote: Air flow/fan speed is adjusted based on reading from a wired, remote temperature sensor.<br>• Return: Air flow/fan speed is adjusted based on reading from the wired, return air temperature sensor.<br>• Manual: Air flow/fan speed is adjusted using a building-management system.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 44; |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>
3.1.12 Automatic Fan Speed Control<br><br>
Temperature sensors can control fan speed using one of three modes based on the type of sensor selected as the fan-control sensor: supply, return, or remote, see Table 3.2 below . Control is based on the selected sensor for both fan control and temperature control and their setpoints as follows:<br>
<ul>
<li>Coupled: The fan control and temperature control sensor selection is the same. When coupled, fan speed and cooling capacity share the same temperature setpoint.</li>
<li>Decoupled: The fan control and temperature control sensor selection is different. When decoupled, fan speed control and temperature control have separate setpoints and tunable PI loops.</li>
</ul>
Table 3.2 Fan Speed Controlling Sensor Options<br>
<table>
<tr><th></th><th></th><th colspan="3">Temperature Control Sensor Selected</th></tr>
<tr><th></th><th></th><th>Supply Sensor</th><th>Remote Sensor</th><th>Return Sensor</th></tr>
<tr><td rowspan="3">Fan Control Sensor Selected</td><td>Supply Sensor</td><td>Coupled</td><td>Decoupled</td><td>Decoupled</td></tr>
<tr><td>Remote Sensor</td><td>Decoupled (Recommended)</td><td>Coupled</td><td>N/A</td></tr>
<tr><td>Return Sensor</td><td>Decoupled</td><td>N/A</td><td>Coupled</td></tr>
</table>
<br>
See, e.g., https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 47.
</td></tr>
<tr><td>[1d] requesting a second agent from the hierarchy of agents to process the sensory data when the first agent cannot keep the temperature range within the predetermined temperature range unless the second agent redistributes the cooling fluid being delivered to one or more areas in the data center.</td><td>Vertiv’s customers requested a second agent from the hierarchy of agents to process the sensory data when the first agent could not keep the temperature range within the predetermined temperature range unless the second agent redistributed the cooling fluid being delivered to one or more areas in the data center.<br><br>Vertiv supplied the ’682 Patent Accused Vertiv Products to its customers. The ’682 Patent Accused Vertiv Products were configured to request a second agent from the hierarchy of agents to process the sensory data when the first agent could not keep the temperature range within the predetermined temperature range unless the second agent redistributed the cooling fluid being delivered to one or more areas in the data center. Vertiv’s customers, by putting the ’682 Patent Accused Vertiv Products into operation, requested a second agent from the hierarchy of agents to process the sensory data when the first agent could not keep the temperature range within the predetermined temperature range unless the second agent redistributed the cooling fluid being delivered to one or more areas in the data center.</td></tr>
</table>

| Claim Language | Exemplary Evidence |
| --- | --- |
| | Vertiv's Liebert cooling units that used an economizer/EconoPhase with Liebert® iCOM™ control systems requested a second agent (e.g., Liebert cooling unit with the cooling unit Liebert® iCOM™ control systems) to process the temperature sensor data when the first agent (e.g., economizer/EconoPhase with Liebert® iCOM™ control systems) could not keep the temperature within the predetermined temperature range unless the second agent (e.g., Liebert cooling unit with the cooling unit Liebert® iCOM™ control systems) redistributed the cooling fluid (e.g., air) being delivered to one or more areas in the data center.<br><br>**7.1.4 Temperature Control with a Fluid Economizer**<br><br>When an economizer is installed, the cooling requirement (determined by the temperature proportional band) is addressed first by the economizer's secondary cooling, if the economizer cooling capacity is insufficient, the compressor(s) begin cooling to bring the room air temperature down to the temperature setpoint.<br><br>The fluid economizer employs a motorized ball valve that controls the flow of chilled water/glycol to provide a cooling capacity from 0% to 100%.<br><br>**Simultaneous Operation, Partial Economizer Operation, and Staging Cooling Sources**<br><br>When simultaneous operation of the compressor(s) and secondary cooling is enabled, the portion of the proportional band assigned to the fluid capacity valve may be reduced by the comparator circuit based on the DT settings. When this occurs, the compressor control proportional band moves closer to the setpoint, and compressorized cooling begins before secondary cooling reaches 100% (as shown in the example Secondary Cooling Temperature Control with Two Step Compressor on the facing page ) or shuts off.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 113-116. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Temperature Control Sensor**<br><br>Selects sensor that controls cooling. Values are:<br>• Supply Sensor: Temperature control is based on maintaining the temperature of the discharge air from the cooling unit. See Supply Sensors on page 164 .<br>• Remote Sensor: Temperature control is based on the temperature reading(s) from wired remote/rack sensor(s). See Wired Remote Sensors on page 161 .<br>• Return Sensor: Temperature control is based on maintaining the temperature of the room air.<br>• Customer input setpoint (remote alarm device)<br><br>With regards to Temperature Control and Fanspeed Control, Liebert® iCOM™ controller shall support the following sensor configurations:<br>• Mode A: Cooling = Supply Sensor, Fanspeed = Supply Sensor<br>• Mode B: Cooling = Remote Sensor, Fanspeed = Remote Sensor<br>• Mode C: Cooling = Return Sensor, Fanspeed = Return Sensor<br>• Mode D: Cooling = Supply Sensor, Fanspeed = Remote Sensor<br>• Mode E: Cooling = Supply Sensor, Fanspeed = Return Sensor<br><br>**Temperature Control Type**<br><br>Control when staging cooling and heating operations. Values are:<br>• Proportional: Percent of cooling/heating determined by the difference between the air temperature sensor reading and the temperature setpoint.<br>• P: Percent of cooling/heating calculated using the temperature proportional band and temperature-integration time settings. See Considerations when Using PI Temperature Control on page 28 .<br>• Adaptive PID: Auto-tuning PID control loop, can be set for cooling. Only available on Liebert® chilled water systems.<br>• Intelligent: Percent of cooling/heating determined by programmed logic that simulates manual human control.<br><br>**Temperature Deadband**<br><br>Widens the setpoint to prevent small temperature changes from cycling compressors and valves maximizing component life. When temperature is within the deadband, no change of the control output (heating/cooling) occurs. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Temperature Integration Time**<br><br>Adjusts amount of cooling/heating based on the length of time the temperature has deviated from the setpoint. The time selected is the amount of time it will take cooling capacity to reach 100%. For example, if three minutes is selected, cooling capacity will increase to 100% in three minutes.<br><br>NOTE: Three to five minutes of integration time is adequate for most applications. See Considerations when Using PI Temperature Control on page 28 .<br><br>NOTE: Only used when Temperature Control Type is PI.<br><br>**Temperature Proportional Band**<br><br>Adjusts the activation point of cooling/heating components based on deviation from setpoint by placing half of the selected value on each side of the temperature control setpoint. A smaller number causes faster reaction to temperature changes.<br><br>NOTE: Setting this too low causes short cycling of compressors.<br><br>**Temperature Setpoint**<br><br>Temperature that the unit maintains via cooling/reheat.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 25-26; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 22-23.<br><br>**Minimum Chilled Water Temperature**—This feature allows the user to select a minimum chilled water temperature to prevent simultaneous operation of the chilled water (free cooling) and compressor(s) on units factory-programmed to operate both sources simultaneously. This feature is enabled in Service>Setpoints, parameter Minimum CW Temp.<br><br>If the fluid temperature sensed is below the Minimum CW Temp Value, (Service Menu, Setpoints), and the Delta T (Temperature Difference) Between Room and Glycol (see Differential Temperatures/Controls (Comparator Circuit) on the previous page ) is satisfied, the control will operate ONLY the chilled water for cooling. The compressor(s) is locked out. If cooling does not operate, (i.e., loss of chilled water flow), the control will override this setting and activate a compressor(s). When this happens, free-cooling will be locked out for one hour.<br><br>If the fluid temperature is above the minimum CW value, the control will operate the chilled water (free cooling) and compressor(s) simultaneously if needed. If the Minimum CW Temp is disabled, the control may operate both sources as load requires. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **GLYCOOL Cooling—Freecooling**<br><br>GLYCOOL units may be programmed to stage cooling components in either of two ways:<br>• Operate freecooling or compressor(s) to maintain temperature (factory default)<br>• Operate freecooling and compressor(s) simultaneously<br><br>When the unit is configured to operate free-cooling or compressors(s), free-cooling eligibility is based on the comparator circuit discussed in Differential Temperatures/Controls (Comparator Circuit) on page 71 . If the circuit determines free-cooling will condition the space, the valve will open and close as temperature deviates from the setpoint. If the comparator circuit determines that free-cooling is not capable of conditioning the space, control is automatically replaced by compressor(s).<br><br>During either freecooling or compressor operation, the control uses the temperature proportional band to determine which operation to perform (cooling/heating) and how much capacity to provide. The Temperature Proportional Band is a user-defined range that is divided into two equal parts for cooling and heating. The Temperature Setpoint is between these two equal parts. An optional temperature and heating deadband range can be defined, which is equally divided on either side of the setpoint and separates the two halves of the proportional band.<br><br>When the unit is configured to operate free-cooling and compressor(s) simultaneously, the comparator circuit determines free-cooling eligibility. Free-cooling and compressor(s) are staged based on temperature deviation from setpoint. The cooling proportional band is divided into two parts for simultaneous operation, the first portion is used for free-cooling and the second for DX operation. Second Cooling Source and Two-Step Compressorized Cooling on the previous page on the previous page illustrates how the cooling proportional band is broken out on a freecooling unit with two step compressors.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 72-73. |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>*See, e.g.*, https://www.vertiv.com/48ee6c/globalassets/products/thermal-management/room-cooling/liebert-dse-sales-brochure-sl-18927_00.pdf, at 4. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **3.1.3 Temperature Control—Temperature Setpoints and Cooling Operation**<br><br>Temperature control refers to the cooling unit's response to programmed setpoints and sensed room/load conditions. Temperature control is closely-tied to the primary cooling source. Liebert® Thermal management units employ several types of primary cooling sources:<br><br>**Compressor Operation**<br><br>Vertiv™ Liebert® iCOM™ controls the cooling units based on a calculated need for cooling (and heating, if included on your system). The requirement is expressed as a percentage and is calculated using the selected temperature control type.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 27-28; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 23-25.<br><br>**3.1.4 Compressor Control by Cooling Requirement**<br><br>Compressor control is directly linked to temperature control in that the cooling requirement determined by the temperature proportional band determines compressor operation. Depending on the type of cooling unit, the number and type of compressors varies. The following describes compressor operation along the proportional band for the varying compressor options.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 29. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **3.3 Vertiv™ Liebert® iCOM™ Control Methods and Options**<br>The Liebert® iCOM™ shall be factory-set to allow precise monitoring and control of the condition of the air entering and leaving the unit. This control shall include predictive methods to control air flow and cooling capacity-based control sensors installed. Proportional and Tunable PID shall also be user-selectable options.<br>**3.3.1 Controlling Sensor Options**<br>The Liebert® iCOM™ shall be flexible in the sense that it shall allow for controlling the capacity and fan from multiple different sensor selections. The sensor selections shall be:<br>**Cooling Capacity**<br>• Supply<br>• Remote<br>• Return<br><br>**3.3.2 Temperature Compensation**<br>The Vertiv™ Liebert® iCOM™ shall be able to adjust the capacity output based on supply and return temperature conditions to meet SLA guidelines while operating at highest efficiency.<br><br>*See, e.g.*, https://www.vertiv.com/4922fe/globalassets/products/thermal-management/room-cooling/liebert-dse-80-165kw-23-43-tons-downflow-system-design-manual.pdf (DSE System Design Catalog), at App. E, p. 8, 9; https://www.vertiv.com/48eedd/globalassets/products/thermal-management/room-cooling/liebert-dse-250-265-kw-installer-user-guide.pdf (DSE System Design and User Guide), App. D, p. 7, 8; https://www.vertiv.com/4999c4/globalassets/products/thermal-management/room-cooling/liebert-ds-28-105kw-8-30-tons-system-design-manual_01.pdf (DS System Design Catalog), at App. D, p. 12; https://www.vertiv.com/4a4bca/globalassets/products/thermal-management/room-cooling/liebert-pdx--liebert-pcw-system-design-manual_00.pdf (PDX/PCW System Design Catalog), at App. D, p. 17; https://www.vertiv.com/48fb3f/globalassets/products/thermal-management/room-cooling/liebert-cw-system-design-manual_00.pdf (CW System Design Catalog), at App. E, p. 8. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Digital Scroll Compressors**<br><br>Digital scroll compressors use time loaded/unloaded to modulate cooling capacity between 10% and 100% to control cooling more precisely than non-digital compressors. Capacity modulation is achieved by opening and closing a digital solenoid valve in 15 second intervals while the compressor runs continuously when the cooling requirement is 10% to 100%.<br><br>• When the valve is opened (energized, the compressor is unloaded and capacity is 0% (because the scroll plates are separated so that there is no refrigerant flowing through the compressor).<br>• When the valve is closed (de-energized), the compressor is loaded and capacity is 100%.<br>• Capacity is determined by the amount of time that the valve is closed in the 15 second interval. **Figure 3.7** on the next page illustrates solenoid-valve operation when cooling requirement is 66%.<br>  ◦ The valve is closed for 10 seconds (100% cooling).<br>  ◦ The valve is then open for 5 seconds (0% cooling).<br>  ◦ This results in 66% cooling. Essentially, the compressor is partially loaded.<br><br>**Figure 3.7 Digital Scroll Compressor Operation to Provide 66% Cooling Capacity**<br><br><br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 33-34; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 28. |

Vertiv's Liebert cooling units operating in U2U/Teamwork Mode requested a second agent (e.g., second cooling unit with Liebert® iCOM™ control systems) to process the temperature sensor data when the first agent (e.g., first cooling unit with Liebert® iCOM™ control systems) could not keep the temperature range within the predetermined temperature range unless the second agent (e.g., second cooling unit with Liebert® iCOM™ control systems) redistributed the cooling fluid being delivered to one or more areas in the data center.

## 5 Unit to Unit (U2U) Networking

Vertiv™ Liebert® iCOM™ controlled thermal management units connected in an Ethernet unit to unit (U2U) network are able to efficiently cool and control humidity in the conditioned space by exchanging data in several modes of operation.

U2U networking is required to set up and control the following operating features:

- Teamwork
- Standby (lead/lag)
- Rotation
- Cascading

**NOTE: The U2U network must be separate from other networks. Use a communication card, such as a Vertiv™ Liebert® IntelliSlot™ Unity, to communicate securely between your building management system or other networks.**

### 5.1 Preparing for U2U Group Set Up

Cooling units in the network will be assigned to groups, which affects how units function in teamwork, standby, rotation, and cascading operations. Especially in large rooms, it is important to consider several factors before setting up groups to balance cooling unit operation with room conditions.

**NOTE: For ease of set up and use, we recommend using only one group unless you have multiple rooms, differing software versions, or different types of cooling units.**

1. Make a map of the room and indicate the location of all heat generating devices and cooling units to plan for proper heat load management and cooling air distribution.
2. Note the type of units by product, model, size, etc.
3. Determine the number of units to network together to ensure proper air flow and environmental control, up to 32 units.

*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 99.

| Claim Language | Exemplary Evidence |
|---|---|
| | **U2U Address**<br>Unique identifier for each control board on the U2U network. Address range is 1 to 32 and must be consecutive from the previous control board address in the U2U group. This is the address used for standby/lead lag and cascade operation, see **Figure 5.1** on the previous page.<br>NOTE: We recommend matching the U2U address to the last three digits of the IP address for easier reference later.<br>**U2U Group**<br>For the control board, selects the zone/group with which the unit will be configured in teamwork/standby/rotation scenarios.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 101.<br><br>**7.4.3 Vertiv™ Liebert® iCOM™ Groups**<br>The Liebert® iCOM™ Groups menu (Connect & Control) allows users to manage aspects of iCOM™ Unit Groups. This includes the following functionality:<br>• Managing the temperature sensor associations to groups of HVAC units for purposes of control (Point to Group Association tab)<br>• Enabling control and the mode of Hot Spot Protection control on specific HVAC unit groups (iCOM™ Control Groups tab)<br>• Single Unit -> Single to Multi-Unit Fan and Cooling Set Point modification (Control Group Set Points tab)<br>• Mass Liebert® iCOM™-S HVAC unit property (name, model, performance, U2U ID) modification (HVAC Unit Change tab)<br>• Scheduling specific sensors to be ignored from control calculations for maintenance activities (Maintenance Mode tab)<br><br>*See, e.g.*, https://www.vertiv.com/4a1e35/globalassets/products/thermal-management/thermal-control-and-monitoring/liebert-icom-s-user-manual.pdf, at 77. |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>
6 Teamwork, Standby and Rotation for Cooling Units<br><br>
U2U communication via private network and additional hardware (see U2U Networking on page 99 ) allows the following operating features for the cooling units:<br>
• Teamwork<br>
• Standby (Rotation)<br>
• Cascade<br><br>
6.1 Continuous Control with Virtual Master<br><br>
The Virtual Master function maintains smooth control if group communication is compromised. In these operating configurations, a lead (master) unit is in charge of component staging in teamwork mode, unit staging, and standby rotation. If the lead unit gets disconnected, Vertiv™ Liebert® iCOM™ automatically assigns a virtual master, which assumes the responsibilities of the lead unit until communication is restored.<br><br>
6.2 Teamwork Modes<br><br>
When Vertiv™ Liebert® iCOM™ controlled thermal management units are connected to a network in a group or team, use teamwork to optimize performance and efficiency depending on the mode chose and its application.<br><br>
In a panel with Status content, the Teamwork Mode icon indicates the mode selected, Figure 6.1 on the next page . Touching the icon displays the Teamwork dialog from which you can access the teamwork-control settings.<br><br>
6.2.1 To Set Up Teamwork<br><br>
1. Touch the Teamwork-mode icon, then touch Edit on the teamwork dialog.<br>
– or –<br>
Touch SERVICE, then ☰ > BMS & Teamwork Setup > Teamwork / Standby > TeamworkMode.<br>
2. Select the mode from the Teamwork Mode drop down in the TEAMWORK MODE CONTROL panel. The TEAMWORK/STANDBY panel opens.<br>
3. Touch Save. Teamwork mode is set.<br>
• Touch Cancel to discard changes.
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | **6.2.2 No Teamwork—Multiple Zones in One Room**<br>When a teamwork mode is not used, cooling units work independently based on their own sensors. Standby and unit rotation may be used, but cascading cannot.<br>**6.2.3 Teamwork Mode 1—Parallel Operation**<br>In Teamwork mode 1, fan speed and cooling capacity are ramped up in parallel, which means that all units operate identically.<br>Teamwork mode 1 is best for small rooms with balanced heat loads. A master unit collects the controlling readings for temperature and humidity from all the operating (fan on) units in the group, then determines the average or worst-case reading, and sends operating instructions to efficiently distribute cooling capacity across available units.<br>In Teamwork mode 1, most parameters are shared and, when set in any unit, are set in all units in the group.<br>**NOTE: Teamwork Mode 1 - Parallel is not supported on the Vertiv™ Liebert® DSE product line.**<br>**6.2.4 Teamwork Mode 2—Independent Operation**<br>Teamwork mode 2 works well for most applications, and best in large rooms with un-balanced heat loads by preventing units in a group from operating in opposing modes, some cooling and some heating. All temperature and humidity parameters are shared by the group. The master unit monitors all available unit-sensor readings and determines the demand for cooling, heating, humidification and dehumidification, then sends operating instructions to address the greatest demand.<br>In Teamwork mode 2, the setpoints for all units must be identical. The proportional band, deadband, and related settings may differ by unit. Fan speed is modulated per unit. Rotation and cascading is not available, so expect uneven distribution of work hours.<br>**6.2.5 Teamwork Mode 3—Optimized Aisle Operation**<br>In Teamwork Mode 3, the fan speed for all units operates in parallel, which means fan speed operation is identical at each unit. However, cooling capacity operates independently for each unit.<br>Teamwork mode 3 takes advantage of variable speed fan options and variable capacity component options to maintain rooms with an unbalanced load and to prevent units in a group from operating in opposing modes. All units operate in the same mode based on the average or worst case (maximum) readings from the unit sensors. A local control (cooling capacity supply sensor) provides input to manage and maintain the discharge-air temperature at each unit. In addition, fan speed and operation are controlled based on readings from the unit temperature or static pressure sensors to control air delivery to the cold aisle.<br>**NOTE: Standby and lead/lag are available when using optimized aisle mode, but is not recommended because it requires less power to run all units at reduced capacity.**<br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 103-111. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Temperature Control Sensor**<br><br>Selects sensor that controls cooling. Values are:<br>• Supply Sensor: Temperature control is based on maintaining the temperature of the discharge air from the cooling unit. See Supply Sensors on page 164 .<br>• Remote Sensor: Temperature control is based on the temperature reading(s) from wired remote/rack sensor(s). See Wired Remote Sensors on page 161 .<br>• Return Sensor: Temperature control is based on maintaining the temperature of the room air.<br>• Customer input setpoint (remote alarm device)<br><br>With regards to Temperature Control and Fanspeed Control, Liebert® iCOM™ controller shall support the following sensor configurations:<br>• Mode A: Cooling = Supply Sensor, Fanspeed = Supply Sensor<br>• Mode B: Cooling = Remote Sensor, Fanspeed = Remote Sensor<br>• Mode C: Cooling = Return Sensor, Fanspeed = Return Sensor<br>• Mode D: Cooling = Supply Sensor, Fanspeed = Remote Sensor<br>• Mode E: Cooling = Supply Sensor, Fanspeed = Return Sensor<br><br>**Temperature Control Type**<br><br>Control when staging cooling and heating operations. Values are:<br>• Proportional: Percent of cooling/heating determined by the difference between the air temperature sensor reading and the temperature setpoint.<br>• P: Percent of cooling/heating calculated using the temperature proportional band and temperature-integration time settings. See Considerations when Using PI Temperature Control on page 28 .<br>• Adaptive PID: Auto-tuning PID control loop, can be set for cooling. Only available on Liebert® chilled water systems.<br>• Intelligent: Percent of cooling/heating determined by programmed logic that simulates manual human control.<br><br>**Temperature Deadband**<br><br>Widens the setpoint to prevent small temperature changes from cycling compressors and valves maximizing component life. When temperature is within the deadband, no change of the control output (heating/cooling) occurs. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Temperature Integration Time**<br><br>Adjusts amount of cooling/heating based on the length of time the temperature has deviated from the setpoint. The time selected is the amount of time it will take cooling capacity to reach 100%. For example, if three minutes is selected, cooling capacity will increase to 100% in three minutes.<br><br>**NOTE: Three to five minutes of integration time is adequate for most applications. See Considerations when Using PI Temperature Control on page 28 .**<br><br>**NOTE: Only used when Temperature Control Type is PI.**<br><br>**Temperature Proportional Band**<br><br>Adjusts the activation point of cooling/heating components based on deviation from setpoint by placing half of the selected value on each side of the temperature control setpoint. A smaller number causes faster reaction to temperature changes.<br><br>**NOTE: Setting this too low causes short cycling of compressors.**<br><br>**Temperature Setpoint**<br><br>Temperature that the unit maintains via cooling/reheat.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 25-26; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 22-23.<br><br>**3.1.3 Temperature Control—Temperature Setpoints and Cooling Operation**<br><br>Temperature control refers to the cooling unit's response to programmed setpoints and sensed room/load conditions. Temperature control is closely-tied to the primary cooling source. Liebert® Thermal management units employ several types of primary cooling sources:<br><br>**Compressor Operation**<br><br>Vertiv™ Liebert® iCOM™ controls the cooling units based on a calculated need for cooling (and heating, if included on your system). The requirement is expressed as a percentage and is calculated using the selected temperature control type. |

| Claim Language | Exemplary Evidence |
|---|---|
| | Figure 3.1 Temperature Control without a Deadband<br><br><br>Figure 3.2 Temperature Control with a Deadband<br><br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 27-28; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 23-25. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **3.1.4 Compressor Control by Cooling Requirement**<br><br>Compressor control is directly linked to temperature control in that the cooling requirement determined by the temperature proportional band determines compressor operation. Depending on the type of cooling unit, the number and type of compressors varies. The following describes compressor operation along the proportional band for the varying compressor options.<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 29.<br><br>**3.3 Vertiv™ Liebert® iCOM™ Control Methods and Options**<br><br>The Liebert® iCOM™ shall be factory-set to allow precise monitoring and control of the condition of the air entering and leaving the unit. This control shall include predictive methods to control air flow and cooling capacity-based control sensors installed. Proportional and Tunable PID shall also be user-selectable options.<br><br>**3.3.1 Controlling Sensor Options**<br><br>The Liebert® iCOM™ shall be flexible in the sense that it shall allow for controlling the capacity and fan from multiple different sensor selections. The sensor selections shall be:<br><br>**Cooling Capacity**<br>• Supply<br>• Remote<br>• Return<br><br>**3.3.2 Temperature Compensation**<br><br>The Vertiv™ Liebert® iCOM™ shall be able to adjust the capacity output based on supply and return temperature conditions to meet SLA guidelines while operating at highest efficiency.<br><br>*See, e.g.*, https://www.vertiv.com/4922fe/globalassets/products/thermal-management/room-cooling/liebert-dse-80-165kw-23-43-tons-downflow-system-design-manual.pdf (DSE System Design Catalog), at App. E, p. 8, 9; https://www.vertiv.com/48eedd/globalassets/products/thermal-management/room-cooling/liebert-dse-250-265-kw-installer-user-guide.pdf (DSE System Design and User Guide), App. D, p. 7, 8; https://www.vertiv.com/4999c4/globalassets/products/thermal-management/room-cooling/liebert-ds-28-105kw-8-30-tons-system-design-manual_01.pdf (DS System |

| Claim Language | Exemplary Evidence |
|---|---|
| | Design Catalog), at App. D, p. 12; https://www.vertiv.com/4a4bca/globalassets/products/thermal-management/room-cooling/liebert-pdx--liebert-pcw-system-design-manual_00.pdf (PDX/PCW System Design Catalog), at App. D, p. 17; https://www.vertiv.com/48fb3f/globalassets/products/thermal-management/room-cooling/liebert-cw-system-design-manual_00.pdf (CW System Design Catalog), at App. E, p. 8.<br><br>**Digital Scroll Compressors**<br><br>Digital scroll compressors use time loaded/unloaded to modulate cooling capacity between 10% and 100% to control cooling more precisely than non-digital compressors. Capacity modulation is achieved by opening and closing a digital solenoid valve in 15 second intervals while the compressor runs continuously when the cooling requirement is 10% to 100%.<br><br>• When the valve is opened (energized, the compressor is unloaded and capacity is 0% (because the scroll plates are separated so that there is no refrigerant flowing through the compressor).<br>• When the valve is closed (de-energized), the compressor is loaded and capacity is 100%.<br>• Capacity is determined by the amount of time that the valve is closed in the 15 second interval. **Figure 3.7** on the next page illustrates solenoid-valve operation when cooling requirement is 66%.<br>  • The valve is closed for 10 seconds (100% cooling).<br>  • The valve is then open for 5 seconds (0% cooling).<br>  • This results in 66% cooling. Essentially, the compressor is partially loaded. |

| Claim Language | Exemplary Evidence |
|---|---|
| | Figure 3.7 Digital Scroll Compressor Operation to Provide 66% Cooling Capacity<br><br>*See, e.g.*, https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 33-34; https://www.vertiv.com/4a1e40/globalassets/shared/liebert-crv-with-icom-user-manual.pdf, at 28.<br>**Fan Control Options**<br>**Airflow Calibration**<br>Maximum allowed fan output voltage.<br>**Fan Control Sensor**<br>Selects the sensor that controls automatic fan speed, see Automatic Fan Speed Control on page 47 ,<br>– or –<br>Selects manual control, see Manual Fan Speed Control on the facing page . Options are:<br>• Supply: Air flow/fan speed is adjusted based on reading from the supply air temperature sensor.<br>• Remote: Air flow/fan speed is adjusted based on reading from a wired, remote temperature sensor.<br>• Return: Air flow/fan speed is adjusted based on reading from the wired, return air temperature sensor.<br>• Manual: Air flow/fan speed is adjusted using a building-management system. |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>
See, e.g., https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 44;
<h3>3.1.12 Automatic Fan Speed Control</h3>
Temperature sensors can control fan speed using one of three modes based on the type of sensor selected as the fan-control sensor: supply, return, or remote, see Table 3.2 below . Control is based on the selected sensor for both fan control and temperature control and their setpoints as follows:
<ul>
<li>Coupled: The fan control and temperature control sensor selection is the same. When coupled, fan speed and cooling capacity share the same temperature setpoint.</li>
<li>Decoupled: The fan control and temperature control sensor selection is different. When decoupled, fan speed control and temperature control have separate setpoints and tunable PI loops.</li>
</ul>
Table 3.2 Fan Speed Controlling Sensor Options
<table>
<tr><th></th><th></th><th colspan="3">Temperature Control Sensor Selected</th></tr>
<tr><th></th><th></th><th>Supply Sensor</th><th>Remote Sensor</th><th>Return Sensor</th></tr>
<tr><td rowspan="3">Fan Control Sensor Selected</td><td>Supply Sensor</td><td>Coupled</td><td>Decoupled</td><td>Decoupled</td></tr>
<tr><td>Remote Sensor</td><td>Decoupled (Recommended)</td><td>Coupled</td><td>N/A</td></tr>
<tr><td>Return Sensor</td><td>Decoupled</td><td>N/A</td><td>Coupled</td></tr>
</table>
See, e.g., https://www.vertiv.com/4a5aaa/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf, at 47.
</td></tr>
</table>